FILED
2025 Dec-16  AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 7

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**
UCCTEAM1@RASI.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

REGISTERED AGENT SOLUTIONS, INC.

5301 SOUTHWEST PARKWAY

SUITE 400

AUSTIN, TX 78735

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 06:07 PM 01/27/2023**
**U.C.C. Initial Filing No: 2023 0733096**

**Service Request No: 20230290578**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CONTOUR CALLINGTON AL LLC | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 40950 WOODWARD AVENUE, SUITE 300 | BLOOMFIELD HILLS | MI | 48304 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 255 E. BROWN STREET, SUITE 400 | BIRMINGHAM | MI | 48009 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
**See Exhibits "A" and "B" attached hereto and made a part hereof.**
**Collateral Description - please see attached**

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**    International Association of Commercial Administrator

**EXHIBIT A**

Debtor hereby grants and transfers to Secured Party a security interest in all of the property of Debtor described as follows:

(a)    All rights to payment, accounts, deposit accounts, chattel paper (whether electronic or tangible), instruments, promissory notes, documents, licenses, general intangibles, payment intangibles, software, letter of credit rights and health-care insurance receivables now existing or at any time hereafter arising and whether they arise from the sale, lease or other disposition of inventory or from performance of contracts for service, manufacture, construction, repair or otherwise or from any other source whatsoever, including without limitation all security, guaranties, warranties, indemnity agreements, insurance policies, supporting obligations and other agreements pertaining to the same or the property described therein;

(b)    All inventory, goods held for sale or lease or to be furnished under contracts for service, goods so leased or furnished, and all software embedded therein and component parts thereof, and all raw materials, work in process and materials used or consumed in Debtor's business now or at any time hereafter acquired by Debtor wherever located, whether in the possession of Debtor or any warehouseman, bailee or any other person or in process of delivery and whether located at Debtor's places of business or elsewhere, and all warehouse receipts, bills of lading and other documents evidencing any of the foregoing and all goods covered thereby, including without limitation all security, guaranties, warranties, indemnity agreements, insurance policies, supporting obligations and other agreements pertaining to the same or the property described therein, and all renewals thereof;

(c)    All tools, machinery, furnishings, furniture and other equipment and fixtures, and all improvements, replacements, accessions and additions thereto and embedded software included therein, whether now owned or hereafter acquired by Debtor, wherever located, whether in the possession of Debtor or any other person and whether located on Debtor's property or elsewhere, including without limitation all security, guaranties, warranties, indemnity agreements, insurance policies, supporting obligations and other agreements pertaining to the same or the property described therein, and all renewals thereof, including, without limitation, all of the foregoing now or hereafter affixed or to be affixed to, and whether or not severed and removed from, the real property described on Exhibit B attached hereto and incorporated herein by this reference or the improvements thereon;

(collectively called "Collateral"), together with all proceeds thereof, including whatever is acquired when any of the Collateral or proceeds thereof are sold, leased, licensed, exchanged or otherwise disposed of, whether such disposition is voluntary or involuntary and whatever is collected on or distributed on account thereof, including without limitation, (i) all rights to payment however evidenced, (ii) all goods returned by or repossessed from Debtor's customers, (iii) rights arising out of Collateral, (iv) claims arising out of the loss, nonconformity, or interference with the use of, defects or infringement of rights in, or damage to, the Collateral, (v) insurance payable by reason of the loss or nonconformity of, defects or infringement of rights in, or damage to, the Collateral, (vi) returned insurance premiums, and (vii) all rights to payment with respect to any claim or cause of action affecting or relating to any of the foregoing (hereinafter called "Proceeds").

**EXHIBIT B**

Description of Property

Part of the Northeast 1/4 of Section 15, Township 18 South, Range 3 West, Jefferson County, Alabama, more particularly described as follows:

Commence at the Northeast corner of Section 15, thence West along the North line of said Section 15 for a distance of 457.70 feet to the Point of Beginning; thence continue along last stated course in a Westerly direction 1187.80 feet (1187.03 feet meas.) to a point on the Southeast right-of-way of Alabama Power Company right-of-way; thence 58 degrees 19 minutes (58 degrees 21 minutes 27 seconds meas.) left 894.14 feet (893.17 feet meas.) to a point; thence 80 degrees 12 minutes 30 seconds (79 degrees 59 minutes 52 seconds meas.) left 711.20 feet (710.18 feet meas.) to a point on the Northwest right-of-way of Robert Jemison Road; thence 89 degrees 48 minutes 03 seconds (89 degrees 59 minutes 37 seconds meas.) left 16.11 feet (15.54 feet meas.) to the beginning of a curve to the right, said curve having a central angle of 09 degrees 52 minutes and a radius of 1105.69 feet; thence continue along the arc of said curve for 190.37 feet (190.41 feet meas.) to the end of said curve; thence at tangent to the preceding curve in a Northeasterly direction 192.72 feet to the beginning of a curve to the right; said curve having a central angle of 12 degrees 18 minutes 30 seconds and a radius of 1065.10 feet; thence follow the arc of said curve to the right for 228.41 feet (228.81 feet meas.) to the end of said curve; thence at tangent to preceding curve in a Northeasterly direction 290.31 feet to the beginning of a curve to the right, said curve having a central angle of 6 degrees 55 minutes 28 seconds and a radius of 1613.27 feet; thence follow the arc of said curve to the right for 194.97 feet (195.21 feet meas.); thence 88 degrees 17 minutes 03 seconds (88 degrees 16 minutes 44 seconds meas.) left from the tangent of preceding curve and leaving the right-of-way of Robert Jemison Road in a Northwesterly direction 160.00 (160.52 feet meas.); thence 90 degrees 17 minutes 03 seconds right 252 feet; thence 72 degrees 46 minutes 56 seconds left, 416.81 feet to the Point of Beginning.

Less and Except the following:

Commence at the Northeast corner of Section 15, Township 18 South, Range 3 West, thence run in a Westerly direction along the North line of said Section for a distance of 457.70 feet; thence turn an angle to the left of 90 degrees 01 minutes 48 seconds and run in a Southerly direction for a distance of 384.03 feet to the point of beginning; from the point of beginning thus obtained, thence continue along last described course for a distance of 32.78 feet; thence turn an angle to the right of 72 degrees 46 minutes 56 seconds and run in a Southwesterly direction for a distance of 252.00 feet; thence turn an angle to the right of 89 degrees 42 minutes 57 seconds and run in a Northwesterly direction for a distance of 33.97 feet; thence turn an angle to the right of 90 degrees 52 minutes and run in a Northeasterly direction for a distance of 261.88 feet to the Point of Beginning.

Also, Less and Except:

Commence at the Northeast Corner of Section 15, Township 18 South, Range 3 West, thence run West along the North line thereof for a distance of 457.70 feet; thence turn an interior angle to the right of 89 degrees 58 minutes 12 seconds and run in a Southerly direction for a distance of 416.81 feet; thence turn an interior angle to the left of 107 degrees 13 minutes 04 seconds and run in a Southwesterly direction for a distance of 252.00 feet; thence turn an interior angle to the right of 89 degrees 42 minutes 57 seconds and run in a Southeasterly direction for a distance of 110.24 feet to the point of beginning of the herein described parcel; thence turn an interior angle to the left of 117 degrees 26 minutes 15 seconds and run in a Southwesterly direction for a distance of 2.16 feet; thence turn an interior angle to the left of 151 degrees 10 minutes 48 seconds and run in a Westerly direction for a distance of 9.86 feet to the point of commencement of a curve to the left, said curve having a central angle of 74 degrees 53 minutes 46 seconds and a radius of 48.27 feet; thence run in a Southwesterly direction along the arc of said curve for a distance of 63.10 feet; thence run along the tangent if extended from said curve in a Southwesterly direction for a distance of 16.10 feet; thence turn an interior angle to the left of 168 degrees 30 minutes 24 seconds and run in a Southwesterly direction

for a distance of 3.19 feet to a point on the Northwesterly right-of-way of Robert Jemison Road, said point also being the point of commencement of a curve to the right, said curve having a central angle of 2 degrees 19 minutes 16 seconds and a radius of 1613.27 feet; thence turn an interior angle to the right of 57 degrees 58 minutes 41 seconds to the tangent of said curve and run in an Easterly direction along the arc of said curve for a distance of 65.36 feet; thence turn an interior angle to the right of 91 degrees 43 minutes 16 seconds from the tangent of said curve and run in a Northwesterly direction for a distance of 50.28 feet to the Point of Beginning.