FILED
2025 Dec-16  AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**
UCCTEAM1@RASI.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

REGISTERED AGENT SOLUTIONS, INC.
5301 SOUTHWEST PARKWAY
SUITE 400
AUSTIN, TX 78735

**Delaware Department of State**
**U.C.C. Filing Section**
**Filed: 06:16 PM 01/27/2023**
**U.C.C. Initial Filing No: 2023 0733195**

**Service Request No:   20230290664**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CONTOUR CARLYLE AL LLC | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 40950 WOODWARD AVENUE, SUITE 300 | BLOOMFIELD HILLS | MI | 48304 | US |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 255 E. BROWN STREET, SUITE 400 | BIRMINGHAM | MI | 48009 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
**See Exhibits "A" and "B" attached hereto and made a part hereof.**
**Collateral Description – please see attached**

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box:  ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    **6b.** Check <u>only</u> if applicable and check <u>only</u> one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8.** OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrator

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

**EXHIBIT A**

Debtor hereby grants and transfers to Secured Party a security interest in all of the property of Debtor described as follows:

(a)      All rights to payment, accounts, deposit accounts, chattel paper (whether electronic or tangible), instruments, promissory notes, documents, licenses, general intangibles, payment intangibles, software, letter of credit rights and health-care insurance receivables now existing or at any time hereafter arising and whether they arise from the sale, lease or other disposition of inventory or from performance of contracts for service, manufacture, construction, repair or otherwise or from any other source whatsoever, including without limitation all security, guaranties, warranties, indemnity agreements, insurance policies, supporting obligations and other agreements pertaining to the same or the property described therein;

(b)      All inventory, goods held for sale or lease or to be furnished under contracts for service, goods so leased or furnished, and all software embedded therein and component parts thereof, and all raw materials, work in process and materials used or consumed in Debtor's business now or at any time hereafter acquired by Debtor wherever located, whether in the possession of Debtor or any warehouseman, bailee or any other person or in process of delivery and whether located at Debtor's places of business or elsewhere, and all warehouse receipts, bills of lading and other documents evidencing any of the foregoing and all goods covered thereby, including without limitation all security, guaranties, warranties, indemnity agreements, insurance policies, supporting obligations and other agreements pertaining to the same or the property described therein, and all renewals thereof;

(c)      All tools, machinery, furnishings, furniture and other equipment and fixtures, and all improvements, replacements, accessions and additions thereto and embedded software included therein, whether now owned or hereafter acquired by Debtor, wherever located, whether in the possession of Debtor or any other person and whether located on Debtor's property or elsewhere, including without limitation all security, guaranties, warranties, indemnity agreements, insurance policies, supporting obligations and other agreements pertaining to the same or the property described therein, and all renewals thereof, including, without limitation, all of the foregoing now or hereafter affixed or to be affixed to, and whether or not severed and removed from, the real property described on Exhibit B attached hereto and incorporated herein by this reference or the improvements thereon;

(collectively called "Collateral"), together with all proceeds thereof, including whatever is acquired when any of the Collateral or proceeds thereof are sold, leased, licensed, exchanged or otherwise disposed of, whether such disposition is voluntary or involuntary and whatever is collected on or distributed on account thereof, including without limitation, (i) all rights to payment however evidenced, (ii) all goods returned by or repossessed from Debtor's customers, (iii) rights arising out of Collateral, (iv) claims arising out of the loss, nonconformity, or interference with the use of, defects or infringement of rights in, or damage to, the Collateral, (v) insurance payable by reason of the loss or nonconformity of, defects or infringement of rights in, or damage to, the Collateral, (vi) returned insurance premiums, and (vii) all rights to payment with respect to any claim or cause of action affecting or relating to any of the foregoing (hereinafter called "Proceeds").

**EXHIBIT B**

Description of Property

Tract One:

That part of the Southeast 1/4 of Section 10, Township 18 South, Range 3 West, situated in Jefferson County, Alabama, lying Southeasterly of the Southeasterly right-of-way line of Louisville and Nashville Railroad Company also described as:

Begin at the Southeast corner of Section 10, Township 18 South, Range 3 West, thence Northerly along the East line thereof, a distance of 1462.80 feet; thence 127 degrees 31 minutes 50 seconds left, Southwesterly along the Southeasterly right-of-way line of Louisville and Nashville Railroad, 2302.69 feet to the intersection with the South line of said Section 10; thence 140 degrees 35 minutes 11 seconds left, Easterly 1827.08 feet to the Point of Beginning.

Tract Two:

Lot 2, according to the Survey of Rime Inn, as recorded in Map Book 150, Page 11 in the Probate Office of Jefferson County, Alabama.

Together with an easement for ingress and egress being more particularly described as follows: A 20 foot wide easement for ingress and egress as established in Real Volume 4272, Page 659 located in Section 10, Township 18 South, Range 3 West, more particularly described as follows: Commence at the Northwest corner of Lot 2 of Rime Inn, as recorded in Map Book 150, Page 11 in the Office of the Judge of Probate in Jefferson County, Alabama, said point being on the Easterly right-of-way line of Robert Jemison Drive and also being a point on the Southerly line of said Section 10; thence in a Westerly direction along the Southerly line of said Section 10 a distance of 32.00 feet to a point in the right-of-way of said Robert Jemison Drive and the Point of Beginning of the herein described 20 foot wide easement, said easement being 10 feet each side of herein described center line; thence 65 degrees 00 minutes right, in a Northwesterly direction a distance of 11.00 feet; thence 96 degrees 18 minutes 15 seconds right in a Northeasterly direction a distance of 172.27 feet; thence 89 degrees 41 minutes 45 seconds right in a Southeasterly direction, a distance of 70.00 feet to a point on the Southerly line of said Section 10 and the end of herein described 20 foot wide easement.

Also together with an easement for turnaround as set out in Map Book 150, Page 11 in the Probate Office of Jefferson County, Alabama.

Tract Three:

Part of the Northeast 1/4 of the Northeast 1/4 of Section 15, Township 18 South, Range 3 West, being more particularly described as follows:
Commence at the Northeast corner of Section 15, Township 18 South, Range 3 West, Jefferson County, Alabama, thence run in a Westerly direction along the North line of said Section for a distance of 305.47 feet to the point of beginning; thence continue along last described course for a distance of 152.23 feet; thence turn an angle to the left of 90 degrees 00 minutes and run in a Southerly direction for a distance of 591.23 feet to a point on the North right of way line of Robert Jemison Road, said point being situated in the curve having a central angle of 1 degree 52 minutes 42 seconds and a radius of 1,462.40 feet; thence run in an Easterly direction along the arc of said curve for a distance of 47.94 feet to the end of said curve; thence continue in an Easterly direction along the North right of way line of Robert Jemison road for a distance of 134.21 feet to the point of commencement of a curve to the left having a central angle of 80 degrees 06 minutes and a radius of 25.00 feet; thence run in a Northeasterly and Northerly direction along the arc of said curve for a distance of 34.95 feet to the end of said curve; thence run in a Northerly direction along the tangent to said curve for a distance of 336.08 feet to the point of commencement of a curve to the left, having a central angle of 25 degrees 19 minutes and a radius of 434.17 feet; thence run in a Northerly and

Northwesterly direction along the arc of said curve for a distance of 191.84 feet to the end of said curve; thence run in a Northwesterly direction along the tangent extended to said curve for a distance of 14.19 feet to the point of beginning.

Situated in Jefferson County, Alabama.