FILED
2025 Dec-16  AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 12

June 10, 2024

Contour Callington AL LLC
Contour Carlyle AL LLC
40950 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Attention: David Dedvukaj

Re:    *Events of Default under that certain Credit Agreement dated as of January 27, 2023 (as may be amended from time to time, the "Agreement"), among Contour Callington AL LLC, a Delaware limited liability company ("Callington"), Contour Carlyle AL LLC, a Delaware limited liability company ("Carlyle" and together with Callington, individually and collectively, the "Borrower"), and Wells Fargo Bank, National Association (the "Bank")*

Dear Mr. Dedvukaj:

This letter is issued in connection with the Agreement referenced above. Capitalized terms used in this letter, which are not defined, shall have the same meanings in this letter as they do in the Agreement.

The Borrower's failure to pay the April 10, 2024, May 10, 2024 and June 10, 2024 scheduled monthly payments due under the Note constitute Events of Default under the Agreement and the other Loan Documents (collectively, the "*Specified Defaults*").

The Bank has chosen not to exercise its rights and remedies under the Agreement, the other Loan Documents and/or applicable law at this time as a consequence of the Specified Defaults, but may choose to do so at any time in the future without any further written notice to Borrower or the Guarantors. No forbearance, delay or inaction by the Bank in the exercise of its rights and remedies, and no continuing performance by the Bank or the Borrower under the Agreement: (a) shall constitute: (i) a modification or an alteration of the terms, conditions or covenants of the Agreement or the other Loan Documents, all of which remain in full force and effect, or (ii) a waiver, release or limitation upon the Bank's exercise of any of its rights and remedies thereunder, all of which are hereby expressly reserved; or (b) shall relieve or release the Borrower or any Guarantor in any way from any of its respective duties, obligations, covenants or agreements under the Agreement or the other Loan Documents or from the consequences of the Specified Defaults or any other Event of Default under the Agreement or the other Loan Documents. The Bank is not obligated to waive the Specified Defaults or any other Event of Default or defaults, whether now existing or which may occur after the date of this letter.

Regards,

**WELLS FARGO BANK, NATIONAL ASSOCIATION**

By: _____
     Matthew Henry
Title:    Vice President

cc:    David Dedvukaj, an individual
       Joseph A. Nathan, individually and as Trustee of
              the Joseph A. Nathan Living Trust dated
              December 30, 1996

25613828.1