FILED
2025 Dec-16  AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 19



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

## 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR BUCKINGHAM AL LLC

**Mailing Address**

40950 WOODWARD AVE  STE 300
BLOOMFIELD HILLS MI 48304

### PARCEL INFORMATION

| | |
|---|---|
| Parcel Number | 29 00 15 4 005 005.000 |
| Receipt Number | 80002819 |
| Account Number | 398567 |
| Tax Year | 2024 |
| Tax & Cost | $341,652.72 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $341,652.72 |
| Due Date | 10/01/2024 |

### ASSESSMENT INFORMATION

| | |
|---|---|
| Location | 160 ASPEN VLY HOMEWOOD AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | SKI LODGE SUB |
| Lot | 1 |
| Block | |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 12 - HOMEWOOD |
| School District | |
| Disability Code | |
| Over 65 Code | |



### VALUATION SUMMARY

| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
|---|---|---|---|---|
| $21,052,400 | $2,944,000 | $23,996,400 | $22,096,400  [OVR] | $4,419,280 |

### TAX BREAKDOWN

| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
|---|---|---|---|---|---|---|
| STATE | 12 - HOMEWOOD | $4,419,280 | 6.50 | $28,725.32 | $0.00 | $28,725.32 |
| COUNTY | 12 - HOMEWOOD | $4,419,280 | 13.50 | $59,660.28 | $0.00 | $59,660.28 |
| SCHOOL | 12 - HOMEWOOD | $4,419,280 | 8.20 | $36,238.10 | $0.00 | $36,238.10 |
| DIST SCHOOL | 12 - HOMEWOOD | $4,419,280 | 0.00 | $0.00 | $0.00 | $0.00 |
| CITY | 12 - HOMEWOOD | $4,419,280 | 31.70 | $140,091.18 | $0.00 | $140,091.18 |
| FOREST | 12 - HOMEWOOD | $0 | 0.00 | $0.00 | $0.00 | $0.00 |
| SPC SCHOOL1 | 12 - HOMEWOOD | $4,419,280 | 5.50 | $24,306.04 | $0.00 | $24,306.04 |
| SPC SCHOOL2 | 12 - HOMEWOOD | $4,419,280 | 9.60 | $42,425.09 | $0.00 | $42,425.09 |
| **TAX TOTAL** | | | | **$331,446.01** | **$0.00** | **$331,446.01** |

| | |
|---|---|
| Current Due | $331,446.01 |
| Fees | $10,206.71 |
| Payments | $0.00 |
| Back Taxes | $0.00 |
| **TOTAL DUE** | **$341,652.72** |
| Due Date | 10/01/2024 |



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

## 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR BUCKINGHAM AL LLC

**Mailing Address**

40950 WOODWARD AVE  STE 300
BLOOMFIELD HILLS MI 48304

| PARCEL INFORMATION | |
| --- | --- |
| Parcel Number | 29 00 15 4 005 005.003 |
| Receipt Number | 80002821 |
| Account Number | 398570 |
| Tax Year | 2024 |
| Tax & Cost | $64,676.16 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $64,676.16 |
| Due Date | 10/01/2024 |

| ASSESSMENT INFORMATION | |
| --- | --- |
| Location | 15 ASPEN CT HOMEWOOD AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | SKI LODGE SUB RESUR |
| Lot | 3-B |
| Block | |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 12 - HOMEWOOD |
| School District | |
| Disability Code | |
| Over 65 Code | |



No image available

| VALUATION SUMMARY | | | | |
| --- | --- | --- | --- | --- |
| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
| $4,548,700 | $755,800 | $5,304,500 | $4,179,500  [OVR] | $835,900 |

| TAX BREAKDOWN | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
| STATE | 12 - HOMEWOOD | $835,900 | 6.50 | $5,433.35 | $0.00 | $5,433.35 |
| COUNTY | 12 - HOMEWOOD | $835,900 | 13.50 | $11,284.65 | $0.00 | $11,284.65 |
| SCHOOL | 12 - HOMEWOOD | $835,900 | 8.20 | $6,854.38 | $0.00 | $6,854.38 |
| DIST SCHOOL | 12 - HOMEWOOD | $835,900 | 0.00 | $0.00 | $0.00 | $0.00 |
| CITY | 12 - HOMEWOOD | $835,900 | 31.70 | $26,498.03 | $0.00 | $26,498.03 |
| FOREST | 12 - HOMEWOOD | $0 | 0.00 | $0.00 | $0.00 | $0.00 |
| SPC SCHOOL1 | 12 - HOMEWOOD | $835,900 | 5.50 | $4,597.45 | $0.00 | $4,597.45 |
| SPC SCHOOL2 | 12 - HOMEWOOD | $835,900 | 9.60 | $8,024.64 | $0.00 | $8,024.64 |
| **TAX TOTAL** | | | | **$62,692.50** | **$0.00** | **$62,692.50** |

| | |
| --- | --- |
| Current Due | $62,692.50 |
| Fees | $1,983.66 |
| Payments | $0.00 |
| Back Taxes | $0.00 |
| **TOTAL DUE** | **$64,676.16** |
| Due Date | 10/01/2024 |



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

## 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR BUCKINGHAM AL LLC

**Mailing Address**

40950 WOODWARD AVE  STE 300
BLOOMFIELD HILLS MI 48304

### PARCEL INFORMATION

| | |
|---|---|
| Parcel Number | 29 00 15 4 005 005.001 |
| Receipt Number | 80002820 |
| Account Number | 398568 |
| Tax Year | 2024 |
| Tax & Cost | $243,143.60 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $243,143.60 |
| Due Date | 10/01/2024 |

### ASSESSMENT INFORMATION

| | |
|---|---|
| Location | 34 ASPEN CV HOMEWOOD AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | SKI LODGE SUB |
| Lot | 2 |
| Block | |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 12 - HOMEWOOD |
| School District | |
| Disability Code | |
| Over 65 Code | |



### VALUATION SUMMARY

| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
|---|---|---|---|---|
| $14,097,700 | $1,856,000 | $15,953,700 | $15,724,100  [OVR] | $3,144,820 |

### TAX BREAKDOWN

| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
|---|---|---|---|---|---|---|
| STATE | 12 - HOMEWOOD | $3,144,820 | 6.50 | $20,441.33 | $0.00 | $20,441.33 |
| COUNTY | 12 - HOMEWOOD | $3,144,820 | 13.50 | $42,455.07 | $0.00 | $42,455.07 |
| SCHOOL | 12 - HOMEWOOD | $3,144,820 | 8.20 | $25,787.52 | $0.00 | $25,787.52 |
| DIST SCHOOL | 12 - HOMEWOOD | $3,144,820 | 0.00 | $0.00 | $0.00 | $0.00 |
| CITY | 12 - HOMEWOOD | $3,144,820 | 31.70 | $99,690.79 | $0.00 | $99,690.79 |
| FOREST | 12 - HOMEWOOD | $0 | 0.00 | $0.00 | $0.00 | $0.00 |
| SPC SCHOOL1 | 12 - HOMEWOOD | $3,144,820 | 5.50 | $17,296.51 | $0.00 | $17,296.51 |
| SPC SCHOOL2 | 12 - HOMEWOOD | $3,144,820 | 9.60 | $30,190.27 | $0.00 | $30,190.27 |
| **TAX TOTAL** | | | | **$235,861.49** | **$0.00** | **$235,861.49** |

| | |
|---|---|
| Current Due | $235,861.49 |
| Fees | $7,282.11 |
| Payments | $0.00 |
| Back Taxes | $0.00 |
| **TOTAL DUE** | **$243,143.60** |
| Due Date | 10/01/2024 |



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

## 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR CARLYLE AL LLC

**Mailing Address**

40950 WOODWARD AVE
BLOOMFIELD HILLS MI 48304

### PARCEL INFORMATION

| | |
|---|---|
| Parcel Number | 29 00 10 4 015 001.000 |
| Receipt Number | 80002825 |
| Account Number | 392717 |
| Tax Year | 2024 |
| Tax & Cost | $605,588.77 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $605,588.77 |
| Due Date | 10/01/2024 |

### ASSESSMENT INFORMATION

| | |
|---|---|
| Location | 200 ROBERT JEMISON DR BHAM AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | |
| Lot | |
| Block | |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 30 - BIRMINGHAM-30 |
| School District | |
| Disability Code | |
| Over 65 Code | |

### VALUATION SUMMARY

| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
|---|---|---|---|---|
| $41,950,900 | $3,346,600 | $45,297,500 | $40,361,600  [OVR] | $8,072,320 |

### TAX BREAKDOWN

| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
|---|---|---|---|---|---|---|
| **TAX TOTAL** | | | | **$0.00** | **$0.00** | **$0.00** |

| | |
|---|---|
| **Current Due** | $585,243.19 |
| **Fees** | $20,345.58 |
| **Payments** | $0.00 |
| **Back Taxes** | $0.00 |
| **TOTAL DUE** | **$605,588.77** |
| **Due Date** | 10/01/2024 |



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

## 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR CARLYLE AL LLC

**Mailing Address**

40950 WOODWARD AVE
BLOOMFIELD HILLS MI 48304

| PARCEL INFORMATION | |
|---|---|
| Parcel Number | 29 00 15 1 001 002.000 |
| Receipt Number | 80002826 |
| Account Number | 397818 |
| Tax Year | 2024 |
| Tax & Cost | $85,159.70 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $85,159.70 |
| Due Date | 10/01/2024 |

| ASSESSMENT INFORMATION | |
|---|---|
| Location | 100 ROBERT JEMISON DR BHAM        AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | |
| Lot | 0000 |
| Block | 0000 |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 30 - BIRMINGHAM-30 |
| School District | |
| Disability Code | |
| Over 65 Code | |



No image available

| VALUATION SUMMARY | | | | |
|---|---|---|---|---|
| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
| $5,130,000 | $544,100 | $5,674,100 | $5,674,100 | $1,134,820 |

| TAX BREAKDOWN | | | | | | |
|---|---|---|---|---|---|---|
| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
| STATE | 30 - BIRMINGHAM-30 | $1,134,820 | 6.50 | $7,376.33 | $0.00 | $7,376.33 |
| COUNTY | 30 - BIRMINGHAM-30 | $1,134,820 | 13.50 | $15,320.07 | $0.00 | $15,320.07 |
| SCHOOL | 30 - BIRMINGHAM-30 | $1,134,820 | 8.20 | $9,305.52 | $0.00 | $9,305.52 |
| DIST SCHOOL | 30 - BIRMINGHAM-30 | $1,134,820 | 0.00 | $0.00 | $0.00 | $0.00 |
| CITY | 30 - BIRMINGHAM-30 | $1,134,820 | 28.50 | $32,342.37 | $0.00 | $32,342.37 |
| FOREST | 30 - BIRMINGHAM-30 | $0 | 0.00 | $0.00 | $0.00 | $0.00 |
| SPC SCHOOL1 | 30 - BIRMINGHAM-30 | $1,134,820 | 5.70 | $6,468.47 | $0.00 | $6,468.47 |
| SPC SCHOOL2 | 30 - BIRMINGHAM-30 | $1,134,820 | 10.10 | $11,461.68 | $0.00 | $11,461.68 |
| **TAX TOTAL** | | | | **$82,274.44** | **$0.00** | **$82,274.44** |

| | |
|---|---|
| Current Due | $82,274.44 |
| Fees | $2,885.26 |
| Payments | $0.00 |
| Back Taxes | $0.00 |
| TOTAL DUE | $85,159.70 |
| Due Date | 10/01/2024 |



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

## 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR CARLYLE AL LLC

**Mailing Address**

40950 WOODWARD AVE
BLOOMFIELD HILLS MI 48304

### PARCEL INFORMATION

| | |
|---|---|
| Parcel Number | 29 00 15 1 001 001.000 |
| Receipt Number | 80002850 |
| Account Number | 397816 |
| Tax Year | 2024 |
| Tax & Cost | $28,080.36 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $28,080.36 |
| Due Date | 10/01/2024 |

### ASSESSMENT INFORMATION

| | |
|---|---|
| Location | 2400 ROBERT JEMISON DR BHAM    AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | RIME INN 29-14-2 29-15-1- |
| Lot | 2 |
| Block | |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 36 - BIRMINGHAM-36 |
| School District | |
| Disability Code | |
| Over 65 Code | |



No image available

### VALUATION SUMMARY

| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
|---|---|---|---|---|
| $1,392,100 | $472,200 | $1,864,300 | $1,864,300 | $372,860 |

### TAX BREAKDOWN

| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
|---|---|---|---|---|---|---|
| STATE | 36 - BIRMINGHAM-36 | $372,860 | 6.50 | $2,423.59 | $0.00 | $2,423.59 |
| COUNTY | 36 - BIRMINGHAM-36 | $372,860 | 13.50 | $5,033.61 | $0.00 | $5,033.61 |
| SCHOOL | 36 - BIRMINGHAM-36 | $372,860 | 8.20 | $3,057.45 | $0.00 | $3,057.45 |
| DIST SCHOOL | 36 - BIRMINGHAM-36 | $372,860 | 0.00 | $0.00 | $0.00 | $0.00 |
| CITY | 36 - BIRMINGHAM-36 | $372,860 | 28.50 | $10,626.51 | $0.00 | $10,626.51 |
| FOREST | 36 - BIRMINGHAM-36 | $0 | 0.00 | $0.00 | $0.00 | $0.00 |
| SPC SCHOOL1 | 36 - BIRMINGHAM-36 | $372,860 | 5.70 | $2,125.30 | $0.00 | $2,125.30 |
| SPC SCHOOL2 | 36 - BIRMINGHAM-36 | $372,860 | 10.10 | $3,765.89 | $0.00 | $3,765.89 |
| **TAX TOTAL** | | | | **$27,032.35** | **$0.00** | **$27,032.35** |

| | |
|---|---|
| **Current Due** | $27,032.35 |
| **Fees** | $1,048.01 |
| **Payments** | $0.00 |
| **Back Taxes** | $0.00 |
| **TOTAL DUE** | **$28,080.36** |
| Due Date | 10/01/2024 |



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

### 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR CALLINGTON AL LLC

**Mailing Address**

40950 WOODWARD AVE
BLOOMFIELD HILLS MI 48304

| PARCEL INFORMATION | |
| --- | --- |
| Parcel Number | 29 00 15 1 001 004.000 |
| Receipt Number | 80002824 |
| Account Number | 397821 |
| Tax Year | 2024 |
| Tax & Cost | $385,077.51 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $385,077.51 |
| Due Date | 10/01/2024 |

| ASSESSMENT INFORMATION | |
| --- | --- |
| Location | 490 ROBERT JEMISON RD   AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | |
| Lot | 0000 |
| Block | 0000 |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 30 - BIRMINGHAM-30 |
| School District | |
| Disability Code | |
| Over 65 Code | |



No image available

| VALUATION SUMMARY | | | | |
| --- | --- | --- | --- | --- |
| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
| $24,840,800 | $3,244,000 | $28,084,800 | $25,676,700  [OVR] | $5,135,340 |

| TAX BREAKDOWN | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
| STATE | 30 - BIRMINGHAM-30 | $5,135,340 | 6.50 | $33,379.71 | $0.00 | $33,379.71 |
| COUNTY | 30 - BIRMINGHAM-30 | $5,135,340 | 13.50 | $69,327.09 | $0.00 | $69,327.09 |
| SCHOOL | 30 - BIRMINGHAM-30 | $5,135,340 | 8.20 | $42,109.79 | $0.00 | $42,109.79 |
| DIST SCHOOL | 30 - BIRMINGHAM-30 | $5,135,340 | 0.00 | $0.00 | $0.00 | $0.00 |
| CITY | 30 - BIRMINGHAM-30 | $5,135,340 | 28.50 | $146,357.19 | $0.00 | $146,357.19 |
| FOREST | 30 - BIRMINGHAM-30 | $0 | 0.00 | $0.00 | $0.00 | $0.00 |
| SPC SCHOOL1 | 30 - BIRMINGHAM-30 | $5,135,340 | 5.70 | $29,271.44 | $0.00 | $29,271.44 |
| SPC SCHOOL2 | 30 - BIRMINGHAM-30 | $5,135,340 | 10.10 | $51,866.93 | $0.00 | $51,866.93 |
| **TAX TOTAL** | | | | **$372,312.15** | **$0.00** | **$372,312.15** |

| | |
| --- | --- |
| Current Due | $372,312.15 |
| Fees | $12,765.36 |
| Payments | $0.00 |
| Back Taxes | $0.00 |
| TOTAL DUE | $385,077.51 |
| Due Date | 10/01/2024 |



# JEFFERSON COUNTY TAX ADMINISTRATION

Printed on: 4/3/2025

## 2024 ASSESSMENT STATEMENT

**Owner**

CONTOUR CALLINGTON AL LLC

**Mailing Address**

40950 WOODWARD AVE
BLOOMFIELD HILLS MI 48304

| PARCEL INFORMATION | |
|---|---|
| Parcel Number | 29 00 15 1 001 003.000 |
| Receipt Number | 80002823 |
| Account Number | 397819 |
| Tax Year | 2024 |
| Tax & Cost | $305,121.07 |
| Escaped Taxes Due | $0.00 |
| Amount Paid | $0.00 |
| Total Due | $305,121.07 |
| Due Date | 10/01/2024 |

| ASSESSMENT INFORMATION | |
|---|---|
| Location | 700 ASPEN DR BHAM       AL 35209 |
| Neighborhood | 50-015.0 |
| Subdivision | |
| Lot | |
| Block | |
| Property Class | 2 |
| Acreage | 0.000 |
| Exempt Code | |
| Municipality | 30 - BIRMINGHAM-30 |
| School District | |
| Disability Code | |
| Over 65 Code | |



No image available

| VALUATION SUMMARY | | | | |
|---|---|---|---|---|
| Improvement Value | Land Value | Market Value | Appraised Value | Assessed Value |
| $17,346,200 | $2,977,200 | $20,323,400 | $20,323,300  [OVR] | $4,064,660 |

| TAX BREAKDOWN | | | | | | |
|---|---|---|---|---|---|---|
| Millage Type | Municipality | Assessed Value | Millage Rate | Tax | Tax Exemption | Total Tax |
| STATE | 30 - BIRMINGHAM-30 | $4,064,660 | 6.50 | $26,420.29 | $0.00 | $26,420.29 |
| COUNTY | 30 - BIRMINGHAM-30 | $4,064,660 | 13.50 | $54,872.91 | $0.00 | $54,872.91 |
| SCHOOL | 30 - BIRMINGHAM-30 | $4,064,660 | 8.20 | $33,330.21 | $0.00 | $33,330.21 |
| DIST SCHOOL | 30 - BIRMINGHAM-30 | $4,064,660 | 0.00 | $0.00 | $0.00 | $0.00 |
| CITY | 30 - BIRMINGHAM-30 | $4,064,660 | 28.50 | $115,842.81 | $0.00 | $115,842.81 |
| FOREST | 30 - BIRMINGHAM-30 | $0 | 0.00 | $0.00 | $0.00 | $0.00 |
| SPC SCHOOL1 | 30 - BIRMINGHAM-30 | $4,064,660 | 5.70 | $23,168.56 | $0.00 | $23,168.56 |
| SPC SCHOOL2 | 30 - BIRMINGHAM-30 | $4,064,660 | 10.10 | $41,053.07 | $0.00 | $41,053.07 |
| **TAX TOTAL** | | | | **$294,687.85** | **$0.00** | **$294,687.85** |

| | |
|---|---|
| **Current Due** | $294,687.85 |
| **Fees** | $10,433.22 |
| **Payments** | $0.00 |
| **Back Taxes** | $0.00 |
| **TOTAL DUE** | $305,121.07 |
| **Due Date** | 10/01/2024 |