FILED
2025 Dec-16  AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 21

**ALABAMA DEPARTMENT OF WORKFORCE**
**MONTGOMERY, AL 36131**

## CERTIFICATE OF LIEN FOR UNEMPLOYMENT COMPENSATION CONTRIBUTIONS
## AND EMPLOYMENT SECURITY ASSESSMENT

Greg Reed, Secretary of the Department of Workforce
for the State of Alabama
For the use of the Unemployment Compensation Trust Fund
And the Employment Security Administration Enhancement Fund.

      VS.

Dedvukaj David
Contour Callington AL LLC
40950 Woodward Ave. Ste. 300
Bloomfiled Hills, MI 48304-5123

Account No. **Redacted**

    Pursuant to the provisions of Chapter 4, Title 25, Section 134, Code of Alabama 1975, the State Department of Workforce hereby certifies that the above-named employer, is due the Alabama Department of Workforce for the use of the Alabama Unemployment Compensation Trust Fund and Employment Security Administration Enhancement Fund for the period(s) 2019 - 4th qtr.;2020 - 1st, 2nd, 3rd & 4th qtr.; 2021 - 1st, 2nd, 3rd & 4th qtrs.; 2022 - 1st, 2nd & 3rd qtrs.; 2023 - 1st, 2nd, 3rd & 4th qtrs.; 2024 - 1st, 2nd & 4th qtrs., in the amount of fifty four thousand nine hundred & 15 /100 dollars ($54,900.15) as unemployment contributions; two hundred eighty four &74/100 dollars ($284.74) as employment security assessment; plus nineteen thousand two hundred thirty nine & 96/100 dollars ($19,239.96) interest, and penalty in the amount of nine thousand seventy seven & 60/100 dollars ($9,077.60). Total eighty three thousand four hundred sixty six & 46/100 dollars ($83,466.46) for the payment of all of which amounts the said Department of Workforce hereby claims a lien upon all property and right to property, real or personal, belonging to said employer.

    **IN WITNESS WHEREOF**    the State Department of Workforce, acting by and through Greg Reed, Secretary of the Department of Workforce, hereunto set its name under its official seal, this the 27th day of March, 2025.

ALABAMA DEPARTMENT OF WORKFORCE

BY: _____
Greg Reed, Secretary of the Department of Workforce
for the State of Alabama for the use of the Unemployment
Compensation Trust Fund and the Employment Security
Administration Enhancement Fund

Approved by _____
Attorney for the Department

**RECEIVED**

**MAR 3 1 2025**

**District Tax Office**
**Birmingham, AL**

Wayne E. Townsend
Department of Workforce
649 Monroe Street
Montgomery, Alabama 36131
The Person Who Prepared This Lien