FILED
2025 Dec-16  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 22

## Statement and Claim of Mechanic's Lien

State of Alabama.
County of Jefferson

Mohammad files this statement in writing, verified by the oath of Mohammad, who has personal knowledge of the facts herein set forth:
That said Mohammad of American Plumbing Services Located at 94 Robert Jemison Road Birmingham AL 35209 claims a lien upon the
following property, situated in Jefferson County, Alabama, to wit: **Park at Callington**

**Owner:** CONTOUR CALLINGTON AL LLC
**Address:** 700 Aspen Drive Homewood AL 35209
**Legal Description:** COM NE COR OF NE 1/4 OF SEC 15 TH W 457.7 FT TO POB TH W 1180 FT TH SW 40 FT TH SE 1013 FT TO RD R/W TH NE ALG RD R/W 330 FT TH NELY 91.3 FT TH NW 144.2 FT TH NE 261.9 FT TH N 380 FT TO POB SECT 15 TWSP 18S RANGE 3W
**Parcel ID:** 29 00 15 1 001 003.000

This lien is claimed, separately and severally, as to both the buildings and improvements thereon, and the said land.
That said lien is claimed to secure an indebtedness of $24.570 with interest. from services. labor or materials provided January 1, 2024, through and including December 30 2025.

CLAIMANT:

_____
By: Mohammad

Its: Owner of Badillo Construction

Before me, _Koty Ray_____ a notary public in and for the county of Jefferson, State of Alabama, personally appeared Mohammad, Claimant, who being duly sworn, doth depose and say: That heor she has personal knowledge of the facts set forth in the foregoing statement of lien, and that the same are true and correct to the best of his knowledge and belief.

_____
By: Mohammad

Its: Owner

Subscribed and sworn before me on the _26_ day of _September____ 2025, by said Affiant.

_____
Notary Public
State of Alabama
My Commission Expires: _12.14.27_

WILLIAM KOTY RAY
NOTARY PUBLIC
ALABAMA - STATE AT LARGE
My Commission Expires 12/14/2027