FILED
2025 Dec-16  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 23

County Division Code: AL039 Inst. # 2024003051 Pages: 1 of 2  I certify this instrument filed on:  1/12/2024 8:31 AM
Doc: LN Judge of Probate, Jefferson County, AL. Rec: $19.00
Clerk: GBBESS

Case 2:25-cv-02136-GMB  Document 1-23    Filed 12/15/25    Page 2 of 3

STATE OF ALABAMA     )
COUNTY OF JEFFERSON )

## VERIFIED STATEMENT OF LIEN

  NOW COMES **MAINTENANCE SUPPLY HEADQUARTERS, LP dba LOWE'S PRO SUPPLY,** 6910 BRASADA DRIVE , HOUSTON, TX 77085, and files this statement in writing, verified by the oath of MS. SAMANTHA SMITH - CREDIT SUPERVISOR for MAINTENANCE SUPPLY HEADQUARTERS, LP, who has personal knowledge of the facts set forth herein:  That MAINTENANCE SUPPLY HEADQUARTERS, LP DBA LOWE'S PRO SUPPLY claims a lien upon the following property situated in JEFFERSON COUNTY, ALABAMA, to-wit:

**PARK AT BUCKINGHAM**
**114 ASPEN CIRCLE**
**BIRMINGHAM, AL 35209**

**LOTS 1 AND 2 SKI LODGE SUBDIV 92/69**

  This lien is claimed, separately and severally, as to the land, buildings and the improvements thereon to the extent of the entire lot or parcel, which is contained within the city or town.  If said land is not within a city or town, this lien is claimed, separately and severally, as to the buildings and improvements located on the above described real property, and one acre in addition to the land upon which the building or improvement is situated.

  That the said lien is claimed to secure an indebtedness of ONE HUNDRED THIRTEEN THOUSAND, NINE HUNDRED AND 18/100 DOLLARS ($113,900.18), with interest and attorney's fees from, to-wit:  the 13th day of February 2023, for MATERIALS furnished, to wit: APPLIANCES, LIGHTING, PLUMBING, HARDWARE AND BLINDS.  The MATERIALS were provided to improve said property.  The name of the owner and/or proprietor of the aforesaid property is:  **CONTOUR BUCKINGHAM AL LLC.**

      MAINTENANCE SUPPLY HEADQUARTERS, LP
      DBA LOWE'S PRO SUPPLY

      By: _Keith Hutcherson_____
      MR. KEITH HUTCHERSON, REGIONAL CREDIT SUPERVISOR

STATE OF Arizona    )
         ) ss.
COUNTY OF __Maricopa__ )

  Before me personally appeared MR. KEITH HUTCHERSON – REGIONAL CREDIT SUPERVISOR for MAINTENANCE SUPPLY HEADQUARTERS, LP DBA LOWE'S PRO SUPPLY, who being duly sworn, does depose and say:  That he has personal knowledge of the

facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of her/his knowledge and belief.



MR. KEITH HUTCHERSON

Subscribed and sworn to before me on this the __11th__ day of January , 2024 , by said Affiant.



NAKIA ALLEN
Notary Public, State of Texas
Comm. Expires 05-22-2024
Notary ID 132491098

*Nakia Allen*

Notary Public
My commission expires:    5/22/2024

Prepared by:
MR. KEITH HUTCHERSON
MAINTENANCE SUPPLY HEADQUARTERS, LP DBA LOWE'S PRO SUPPLY
c/o P. O. Box 241566
Cleveland, OH 44124

Ref. N733196