FILED
2025 Dec-16  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO:** |
| | § | |
| **CONTOUR BUCKINGHAM AL LLC,** | § | |
| **CONTOUR CALLINGTON AL LLC,** | § | |
| **and CONTOUR CARLYLE AL LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**DECLARATION OF JONATHON S. MARGOLIS
IN SUPPORT OF PLAINTIFF WELLS FARGO BANK, N.A.'S
MOTION FOR APPOINTMENT OF RECEIVER**

I, Jonathon S. Margolis, being an adult of sound mind and having personal knowledge of the facts set forth in this declaration, do declare, pursuant to 28 U.S.C. § 1746, as follows:

1.      I make this declaration in support of *Plaintiff Wells Fargo Bank, N.A.'s Motion for Appointment of Receiver* (the "***Receiver Motion***") filed by Plaintiff Wells Fargo Bank, N.A. ("***Lender***") in the above-captioned action.

2.      I am Senior Vice President of Asset Management at Farbman Group, which is headquartered at 31700 Middlebelt Road, Suite 225, Farmington Hills, Michigan, 48334. Farbman Group is a full service commercial real estate company that provides, among other things, property management, brokerage, construction, and maintenance services to real estate organizations seeking to maximize value and create stability for their assets. Farbman Group has extensive experience in complex real estate transaction management, including providing clients with various corporate turnaround and restructuring services, financial advisory services, and corporate bankruptcy and asset management services. Since its inception in 1976, Farbman Group

professionals have regularly served as court-appointed receivers for distressed companies in a wide range of industries. Currently, Farbman Group manages more than 25 million square feet of office, retail, medical, industrial, and multi-family real estate and is recognized as a leading commercial management and brokerage firm by a wide variety of individual and institutional clientele. The professionals and support staff at Farbman Group also have extensive experience in providing consulting, accounting, and other services pertinent to receiverships.

3.    I hold a Bachelor of Business Administration with an emphasis in Finance and Accounting from the Stephen M. Ross School of Business at the University of Michigan.

4.    In my employment with Farbman Group, I regularly assist retailers, lenders, institutional clients, and investors, both inside and outside of bankruptcy, with real estate restructuring, asset management, sales and acquisitions, and distressed real estate.

5.    In my role at Farbman Group, I manage a portfolio of 25 million square feet, consisting of various asset classes and market sectors. As a result, I have extensive experience in debt placement, recapitalization of equity, risk management, and asset disposition.

6.    I have personally served as a court-appointed receiver in 6 actions across the country involving office and multi-family projects.

7.    I have extensive experience working on receiverships similar in size, sophistication, and subject matter to this civil action. Indeed, I have personally served as a court-appointed receiver for several multifamily receiverships, including a 78-unit senior housing complex in Indianapolis, Indiana, as well as a 31-unit multifamily development in Chicago, Illinois. Additionally, I have served as support for Farbman Group as court-appointed receiver in more than 25 different receiverships, including an 1,800-unit student housing portfolio at Michigan State University.

8.      A current copy of my Curriculum Vitae is attached as **Exhibit 2-A** and incorporated by reference.

9.      Farbman Group and I are able and prepared to manage and operate the Facilities (as defined in the Receivership Motion) and the Contour Collateral (as defined in the Receivership Motion) subject to this civil action. Farbman Group hereby consents to being appointed as Receiver over the Facilities and the Contour Collateral in this action, and I hereby consent to serving as the director of the Receiver's duties in this action.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge.

Dated: December 1L, 2025

JONATHON S. MARGOLIS

# Exhibit 2-A



# Professional Profile

## Jonathon S. Margolis

SENIOR VICE PRESIDENT OF ASSET MANAGEMENT

MARGOLIS@FARBMAN.COM

248-351-4360

### Scope of Service Experience

Jonathon S. Margolis joined Farbman Group in 2010 and oversees Farbman Group's asset management division. He currently manages a portfolio of 25 million square feet, consisting of various asset classes and market sectors. Mr. Margolis has extensive experience and expertise in distressed assets. He routinely acts as a court appointed receiver and provides asset management support on receiverships throughout the Midwest. Mr. Margolis takes a very hands-on approach to his oversight, tailoring unique business plans for each of his assets based on client needs and goals. This includes innovating new marketing strategies, implementing cost-cutting measures, and refining investment strategies. Mr. Margolis' experience also includes debt placement, recapitalization of equity, risk management, and asset disposition. He is committed to maximizing the value of each asset he oversees.





28400 Northwestern Hwy      248 353 0500 tel
Fourth Floor                248 353 0501 fax
Southfield, MI 48034        naifarbman.com

**Jonathon Margolis Receivership Experience**

**Court Appointed Receiver**

| Property Name | Address | Property Description |
|---|---|---|
| 7549 S. Kingston | 7549 S. Kingston Ave, Chicago, IL | 31 unit multi-family |
| Walnut Ridge Apartments | 3347 N. Emmerson, Indianapolis, IN | 78 unit senior housing |
| 6119 & 6121 Greenwood | 6119 & 6121 Greenwood, Chicago, IL | 8 unit multi-family |
| 216 W. Jackson | 216 W. Jackson, Chicago, IL | 185,479 sf office in West Loop |
| Park Plaza | 215 Shuman Blvd, Naperville, IL | 210,774 sf office |
| Meidinger Tower | 462 S. Fourth St, Louisville, KY | 334,622 sf office tower |

**Asset Management Support for NAI Farbman/Farbman Group Associated Court Appointed Receiver**

| Property Name | Address | Property Description |
|---|---|---|
| Michigan State University Portfolio | Multiple Addresses, East Lansing, MI | 1,800 unit student housing |
| Westgate Manor | 3651 Balfour Ct., Flint, MI | 130 unit multi-family |
| Oakman Apartments | 10071 Joy Rd., Detroit, MI | 32 unit multi-family |
| 678 Selden | 678 Selden St., Detroit, MI | 31 unit multi-family |
| Wyoming Manor | 8868 Wyoming Ave, Detroit, MI | 16 unit multi-family |
| 2250 Point Blvd. | 2250 Point Blvd, Elgin, IL | 80,978 sf office |
| 1 N State | 1 N State, Chicago, IL | 170,507 sf urban retail |
| Burnham Park Plaza | 828 & 850 S. Wabash, Chicago, IL | 79,663 sf retail/office |
| Oak Brook Office Centre | 2707-2809 Butterfield, Oak Brook, IL | 312,212 sf office |
| 1200 6th Street | 1200 6th Street, Detroit, MI | 654,690 sf office tower |
| The Offices at Atria | 1800 2nd St., Sarasota, FL | 239,940 sf office |
| 1114-1126 Lake Street | 1114-1126 Lake Street, Oak Park, IL | 63,574 sf retail |
| One Technology Plaza | 211 Fulton, Peoria, IL | 155,578 sf office/retail |
| 2820-2880 Frontage Road, Warsaw | 2820-2880 Frontage Road, Warsaw, IN | 183,910 sf retail |
| 401 S. State | 401 S. State St., Chicago, IL | 486,914 sf former university |
| 418 S. Wabash | 418 S. Wabash, Chicago, IL | 6,189 sf retail/office |
| Tinley Pointe Centre | 7020 - 7086 183rd Street, Tinley Park, IL | 18,214 sf retail |
| 3093 Cleveland Ave. | 3093 Cleveland Ave., Columbus, OH | 14,490 sf retail |
| 30 Parkland and 4261 Park | 30 Parkland and 4261 Park, Ann Arbor, MI | 25,536 sf office |
| 521, 609 and 615 Old St Jean Street | 521, 609 and 615 Old St Jean Street, Detroit, MI | 38,883 sf industrial |
| Farmington Medical Arts | 23800 Orchard Lake Rd., Farmington Hills, MI | 31,826 sf medical office |