FILED
2025 Dec-16  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3



Receivership Services for

# Birmingham, Alabama Multi-Family Portfolio

Park at Carlyle
200 Robert Jemison Dr

Park at Buckingham
114 Aspen Cir

Park at Callington
700 Aspen Dr



MIDWEST EXPERTISE, GLOBAL REACH.

Prepared for

## David Arreola
Executive Director
Real Estate Managed Assets Group

## Wells Fargo Bank,
10 S. Wacker Dr., 20th Floor
Chicago, IL  60606
N8405-202 630-707-4062

Presented by

## Michael Kalil
Chief Operating Officer
Chief Revenue Officer
248 353 0500 | kalil@farbman.com

03    Section 01
      Introduction

08    Section 02
      The Asset

10    Section 03
      Proposed Fee Structure

12    Section 04
      Receivership Solutions

14    Section 05
      NAI Farbman - Our Company

26    Section 06
      References



# Real estate solutions that
# deliver results.



 

Single-point-of-contact accountability.

Collaborative client-service teams.

Customized processes facilitate consistent service across assignments and geography.

# Midwest Expertise. Global Reach.

NAI Farbman is a leading full-service real estate organization with the ability to handle all facets of real estate transactions. From its inception in 1976, NAI Farbman grew by solving the real estate problems of its diverse client base.

Today, NAI Farbman manages 30 million square feet of office, retail, medical, industrial and multi-family space, and is recognized as a leading commercial management and brokerage firm by a wide variety of individual and institutional clientele. The company employs over 200 people and is organized into several mutually supportive divisions:

Advisory & Planning

Transaction Management

Property Management

Project Management

Portfolio Management

Marketing & Leasing

Asset Management

Investment Sales

Site Selection Services

Acquisition and Disposition

Receivership Services

Facility Management

Finance & Accounting

Construction and Building Maintenance

Development and Build to Suit Services

Adaptive Reuse and Strategic Planning

Owner Representation

Move Management

Tenant Representation

The above divisions provide expertise in all aspects of commercial real estate and allow resources to be seamlessly integrated to provide clients with unsurpassed flexibility and responsiveness. The depth and breadth of experience offered by NAI Farbman is unmatched by any other organization in the Midwest.



**65**
countries

**375+**
local offices

**6,000+**
local market leaders

**1.1+ billion**
sq.ft. managed

# What we bring to a partnership with you.

We believe that our extensive coverage and comprehensive experience make us an ideal partner to assist you in the achievement of your real estate objectives.

**There are key factors that support a partnership with** NAI Farbman **in delivering superior and tailored commercial real estate services.** We believe the following facts render us highly qualified to handle your asset:

- NAI Farbman is a full service commercial real estate company providing receivership, property management, brokerage, construction and maintenance services.
- NAI Farbman has extensive receivership experience across the country.

- NAI Farbman has been a court appointed receiver for multi-family, office, retail, industrial, hospitality, senior housing, mobile home parks,  single family developments and land.
- NAI Farbman has the resources to mobilize rapidly and seamlessly.

NAI Farbman operates on the simple principle that we do what we say we will do. We set high expectations and  achieve our goals through detailed reporting, collaboration, established and proven procedures, rigorous and relentless pursuit of the latest market intelligence and by fostering ongoing relationships with the commercial real estate community. We work with clients to find creative solutions, then pursue those solutions diligently to their fulfillment. Our standards are the reason for our success, our people are the best in the business, and we're  excited for the opportunity to make you a new partner and valued client. We look forward to working with you.

Sincerely,

Michael Kalil
Chief Operating Officer
Chief Revenue Officer
NAI Farbman

# The Asset



**Park at Carlyle**
200 Robert Jemison Dr
Birmingham, AL



**Park at Buckingham**
114 Aspen Cir
Birmingham, AL



**Park at Callington**
700 Aspen Dr
Birmingham, AL

# A Unique Challenge &
# Great Opportunity.

Park at Carlyle is a 629 unit multi-family community located at 200 Robert Jemison Drive.  The property is approximately 90% occupied.

Park at Buckingham is a 563 unit multi-family community located at 114 Aspen Circle.  The property is 90.80% occupied.

Park at Callington is a 604 unit multi-family community located at 700 Aspen Circle.  The property is 100% occupied.

We are confident that our experience with this type of facility combined with our receivership experience will allow us to meet and exceed your expectations.



# Fee Structure

# Results Delivered.
# That's Priceless

## Proposed Fee Structure

| Receivership | 1% of gross revenues |
| --- | --- |
| | Travel expenses a pass-through expense. |

11



# Receivership Solutions
# That Maximize Value

NAI Farbman has over 20 years of experience as a Court Receiver. Our extensive experience as Receiver includes office, industrial, retail, multi-family, manufactured homes, hotels and single family projects.



We have maintained a favorable rapport with courts due to our thorough understanding of the role to stabilize the asset value and prevent waste. Being one of the largest private third-party property management companies in Michigan as well as being part of the largest brokerage and management network organization in the world—is instrumental in our success as a receiver. We have the resources, experience and knowledge to efficiently operate real estate.

Coordinating property management activities is a primary activity for NAI Farbman, and the management team is highly experienced in representing owned or leased properties and managing both commercial and residential sites. Our reporting is sophisticated, comprehensible and complete. The reporting function is critical in keeping all parties informed and comfortable that the asset is being managed efficiently.

NAI Farbman's platform creates economies of scale and efficiencies allowing us to provide quality receivership services without the high cost.

We are proactive and accountable. We understand the importance of mitigating physical/financial waste and rent collections. We also focus on creating value for the benefit of all parties associated with the asset.



Midwest Expertise. Global Reach.

# Committed to unparalleled
# Service & Value

Personalized service and collaborative teamwork form the core of our philosophy.

At NAI Farbman we acknowledge that every client faces a unique combination of business and real estate challenges. Therefore, we make it our primary focus to understand your marketplace and the opportunities and challenges that you face on a regular basis. With this knowledge we are then able to propose real estate solutions that are aligned with your business objectives.

Our approach is consultative, working alongside and with you as one team. We aim to exceed your expectations, building a relationship based on trust with a common goal of long-term success in mind—not just the next transaction.

# NAI Global is
## strategic & innovative.

We are an international real estate services organization with the institutional strength of one of the world's leading property investment companies.

Our experts are strategic and innovative, working collaboratively to realize maximum potential and generate creative solutions for our clients worldwide.

Our collaborative services platform provides an expansive, yet nimble and responsive structure enabling us to efficiently deliver superior results.





# NAI Farbman Company Facts

## Farbman Group/NAI Farbman

Farbman Group is comprised of approximately 200 employees, ranging from property managers to accountants to marketing professionals. Farbman Group provides its many services to clients across the board throughout the Midwest, including Illinois, Ohio, Wisconsin, Minnesota, Indiana, Kentucky, Pennsylvania and Michigan. A leading, full-service real estate organization, the Farbman Group has the ability to handle all facets of real estate transactions. Today, Farbman Group manages $1.1 billion square feet of office, retail, medical, industrial and multi-family space throughout the Midwest and is recognized as a leading commercial management by a wide variety of individual and institutional clientele. The company and its two hundred employees is organized into several mutually supportive divisions.

## NAI Farbman

NAI Farbman has been one of the area's leading commercial brokerage groups since 1976. In 1994, the brokerage group earned the right to join NAI, as the exclusive Detroit Member firm. Our Metro Detroit area office include 35 brokers and 4 brokerage assistants. NAI Global is the single largest, most powerful global network of owner-operated commercial real estate brokerage firms with 325 offices and 6,000 local market experts serving almost 325+ offices throughout 65 countries, worldwide.

Total Managed
## 33 Million SF
Total of Owned and Managed
## 17 Million SF

Total Listings Available for Lease
### 345 +/-

Total Listings Available for Sale
### 277

Total Listings Available
### 622

## 200+ Employees

Our Services

- Property Management
- Marketing & Leasing
- Asset Management
- Investment Sales
- Owner/ Tenant Representation
- Acquisition & Disposition
- Receivership Services
- Finance & Accounting
- Construction & Building Maintenance

## 2024 Transactions

Total 2024 Gross Revenue
### $1.5 Billion

Total Transaction Volume
### $20 Billion

### $149.7 Million
Leasing Transactions

### $141.7 Million
Sales Transactions

### 405
Total Leases

### 79
Sales Transactions



**PowerBroker**
2015, 2017-18, 2022
Top Sales & Top Leasing
2022
Top Broker & Top Firm
2023, 2024
Top Firm



Coolest Places to Work
(Not Offered in 2013)
2016-24



Corp! MICHIGAN'S ECONOMIC BRIGHT SPOTS



Top Workplace Companies
2021
National Standard
2016-17
Workplace Acheiver



Best & Brightest Companies
2015-23 Metro Detroit
2016-23 National
2015-20 Wellness
2024 National



Best Commercial Real Estate Company
Best Place to Work
Best Benefits Program
Best Company Culture
Most Innovative Workplace

**RE journals.**

Best of the Best in
Top Brokerage &
Property Management firms

Best of Southfield for Building
Construction Consultants

Best of Southfield's Business Hall
of Fame in construction



DBusiness
Top Corporate
Culture Champion
2024



Best Companies Group
Best Places to Work
2024



the BEST of MichBusiness
Honoree

---

 ## Toby Awards for Excellence

**Suburban Office Park Low Rise of the Year**
2016
Bingham Office Center, Bingham Farms, MI
2018, 2019
Sheffield Office Park, Troy, MI

**Suburban Office Park Mid Rise of the Year**
2019 Oakland Commons, Southfield, MI

**Medical Office Building of the Year**
2015
Botsford Cancer Center, Farmington Hills, MI

**Under 100,000 SF**
2016 - Riverside, Southfield, MI
2021 - Sheffield Office Park, Troy, M

**250,000-499,999 SF**
2008, 2009, 2017
Oakland Commons, Southfield, MI
2019 - The Standard, Farmington Hills, MI

**500,000-1,000,000 SF**
2019
New Center One, Detroit, MI
2017
Sheffield Office Park, Troy, MI

---

**Midwest Real Estate Hall of Fame**
Andy Farbman, Andy Gutman, Michael Kalil
Bill Bubniak, Ron Goldstone, Doug Fura
Lesley Gutman, Sheila Fogarty

**DBusiness's 30 in Their Thirties**
Chris Chesney, Jonathon Margolis, Sandy Eisho

**Connect Commercial Real Estate's
Next Generation Awards**
Sandy Eisho, National Winner

**Corp! Magazine's Millennial of the Year**
Sandy Eisho

**Corp! Magazine's Most Valuable
Young Professional**
Nathan Casey

**Corp! Magazine's Most Valuable Professional**
John Line

**Midwest Real Estate Executive of the Year**
Andy Gutman

**Crain's Detroit Notable Real Estate Executives**
Andy Gutman, 2018-2024

**Building Owners and Managers Association
(BOMA Detroit) President's Award**
Andy Gutman

**American Business Award's Financial Executive of
the Year Award and Maverick of the Year Award**
Andy Gutman

**Globe Street Real Estate Forum's
Commercial Real Estate's Best Bosses**
Andy Gutman

**40 Under 40**
Andy Farbman

**CFO of the Year**
Andy Gutman

**Power 500**
6 years in a row

**Detroit 500**
6 years in a row
Andy Gutman, 2018-2024

---

# Institutional Clients | Representative Clients Include:
























# NAI Farbman
# Philosophy

## Personalized Service &
## Collaborative Teamwork.

**Your business is our business. Personalized service and collaborative teamwork form the core of our philosophy. We provide custom solutions focused on your business objectives, taking a fiduciary position with your asset to maximize value at each point of the process.**

We will listen, take a holistic view of your business and apply our commercial knowledge to maximize potential, guide your investment and add value.

When appropriate, we are eager to push the boundaries and do things differently, as our singular purpose is to achieve better outcomes for our clients.

We are local and we are global. NAI Global's diversified platform spans North and South America and the Caribbean, Europe, the Middle East and Africa, and in the Asia Pacific region.

With our careful selection of seasoned professionals who are experts in their specialties, we have developed our business to support yours over the long-term.

And as you look to grow, so do we — with more offices globally than any other commercial real estate firm, we are actively expanding in strategic locations so we can help you stay ahead of your competition.

05 The Company

# Company Leadership & Structure

NAI Farbman is a leading full-service real estate organization with the ability to handle all facets of real estate transactions. From its inception in 1976, Farbman Group grew by solving the real estate problems of its diverse client base.

## Executive Committee



**Andrew Farbman**
Chief Executive Officer

**David Farbman**
Partner

**Andrew Gutman**
President

**Michael Kalil**
Chief Operating Officer / Chief Revenue Officer

**Chris Chesney**
Chief Financial Officer

The Executive Committee reviews results, responds to needs, establishes policy and sets direction for the firm. Our "rapid response" leadership model allows the firm to support all stakeholders in the delivery of services for our clients.

A key factor of our success is our firm's ability to transform forward thinking ideas into cutting edge applications, to achieve maximum results for our clients, company and community.

# Professional Profiles



Andy Gutman
CEO

### Andy Farbman, CEO

Andrew's primary responsibility involves evaluating strategic opportunities for both principal investment and service business throughout the Midwest.  Andrew is recognized as an industry leader in capital markets activity in Detroit, Chicago, Milwaukee, and Columbus, leveraging deep local knowledge and proven expertise in commercial real estate. Andrew joined Farbman Group in July of 2000. He specializes in underwriting all property types and classes, conducting property-level due diligence for prospective acquisitions and developments, negotiating partnerships, and arranging both equity and debt financing. Since joining Farbman Group, Andrew has been responsible for purchasing, repositioning, and developing over $1 billion in real estate. Clients rely on Mr. Farbman to maximize their real estate holdings and create financially successful transactions by leveraging their balance sheets and occupied space.



Michael Kalil
Chief Operating Officer
Chief Revenue Officer

### Michael Kalil, Chief Operating Officer & Chief Revenue Officer

Michael Kalil joined Farbman Group in July 1993 and currently is the Chief Operating Officer and Director of Brokerage for Farbman Group. Since joining, Mr. Kalil has held leasing and management responsibilities for a portfolio of office, industrial, and retail property. He has overseen multiplereal estate developments throughout the Detroit Metropolitan Area. Mr. Kalil has responsibilities include 3rd party property management, new business development and brokerage services. He also has over 25 years' experience as a court appointed receiver for distressed real estate throughout the Midwest.



Jonathon Margolis
Senior Vice President
Asset Management

### Jonathon Margolis, Senior Vice President of Asset Management

Jonathon S. Margolis joined Farbman Group in 2010 and oversees Farbman Group's asset management division. He currently manages a portfolio of 25 million square feet, consisting of various asset classes and market sectors. Mr. Margolis has extensive experience and expertise in distressed assets, and routinely provides asset management support on receiverships throughout the Midwest. Mr. Margolis takes a very hands-on approach to his oversight, tailoring unique business plans for each of his assets based on client needs and goals. This includes innovating new marketing strategies, implementing cost-cutting measures, and refining investment strategies. Mr. Margolis' experience also includes debt placement, recapitalization of equity, risk management, and asset disposition. He is committed to maximizing the value of each asset he oversees.

# Key Team Members

While these team members are the leaders within their disciplines, we have over 200 employees—all of whom we consider to be "key".

## Executive Leadership

**Andrew Farbman**
Chief Executive Officer

**Andrew Gutman**
President

**Michael Kalil**
Chief Operating Officer /
Chief Revenue Officer

**Chris Chesney**
Chief Financial Officer

## Office Services

**Lesley Gutman**
Senior Vice President

**Jeanne Gross**
Senior Vice President

**Brad Margolis**
Senior Vice President

**John Harwood**
Vice President

**Christina DiBartolomeo**
Vice President

**Jacob Brown**
Sales Associate

**Sheila Fogarty**
Senior Vice President

## Healthcare Services

**Jeffrey Cavazos**
Vice President

**Kristi Lawton**
Sales and Leasing Associate

## Retail Services

**Ronald Goldstone**
Executive Vice President

**Carrie Weiss**
Vice President

**Rick Ax**
Associate Broker

**Brandon Ben Ezra**
Sales & Leasing Associate

**Gavin Mills**
Sales & Leasing Associate

**Harrison Yaldoo**
Sales Associate

**Jake Wiseman**
Sales Associate

## Corporate Services

**Michael Ziecik**
Senior Vice President

## Cannabis

**Harry Barash**
Vice President

**Mike Lumetta**
Sales Associate

## Student Housing

**Ashley Lott**
Campusville - Senior Vice President

**Todd Szymczak**
Executive Vice President

**Eli Wasserman**
Sales Associate

## Construction

**John Line**
Executive Vice President

## Property Management

**John Line**
Executive Vice President

**Jordan Valasek**
Vice President / Director

## Asset Manager

**Jonathon Margolis**
Senior Vice President

## Huntington Maintenance

**Brian Sioma**
Vice President

## Apex Mechanical Systems

**Ken William**
Manager

## Client Solutions

**Sandy Eisho**
Senior Vice President - Chief of Staff

## Industrial Services

**Doug Fura**
Senior Vice President

**Brian Crawford**
Vice President

**Dan McCleary**
Vice President

**Nathan Casey**
Vice President

**Dan Callaway**
Senior Associate  Broker

## Investment Sales

**Todd Szymczak**
Executive Vice President

**Alis Babi**
Assistant Vice President

**Mario Giglio III**
Assistant Vice President

**Eli Wasserman**
Sales Associate

**William Bubniak**
Executive Vice President

## Land Services

**Harold Stulberg**
Senior Vice President

**Wendy Acho**
Sales & Leasing Associate

**Richard Komer**
Associate Broker

## Marketing & Public Relations

**Lauren Holder**
Marketing Director

**Brandi Roberson**
Graphic Designer

**Meghan Machnik**
Senior Marketing Coordinator/ Director of VTS

NAI Farbman is the Metropolitan Detroit representative of NAI Global. Our strength is international and our passion and focus is local.

Allow us to demonstrate our capabilities and commitment to your assignment

## Locations by Country

### North America
Canada
Mexico
United States

### Latin America & The Caribbean
Argentina
Bahamas
Brazil
Chile
Columbia
Costa Rica
Jamaica
Mexico
Panama
Peru

### Asia Pacific
Australia
China
Indonesia
South Korea
New Zealand
Philippines
Taiwan

### Europe, Africa & The Middle East
Austria
Belarus
Bulgaria
Czech Republic
Denmark
France
Germany
Greece
Italy
Netherlands
Poland
Republic of Serbia
Romania
Saudi Arabia
Serbia
Slovenia
Switzerland
Ukraine
United Arab Emirates
United Kingdom

## Services

### Corporate Services
Advisory & Planning
Transaction Management
Property Management
Project Management
Portfolio Management
Marketing & Leasing
Asset Management
Investment Sales
Site Selection Services
Acquisition and Disposition
Receivership Services
Facility Management
Finance & Accounting
Construction and Building Maintenance
Development and Build to Suit Services
Adaptive Reuse and Strategic Planning
Owner Representation
Move Management
Tenant Representation



Full Service Real Estate Solutions.

# Client References

## Financial Institutions

   

  

   

   

  

## Financial Institutions

**4086 Mortgage Capital**
James Kearns
Vice President
535 N. College Drive
Carmel, IN
317 817 2933

**Alliance Catholic Credit Union**
John F. Regan
Commercial Lending Manager
26913 Northwestern Hwy, Suite 250
Southfield, MI 48033
248 606 2027

**C-III Asset Management LLC**
George Carleton
Executive Managing Partner
717 5th Ave
New York, NY 10022
212 705-5053

**CW Capital**
Frank Rinaldi
Vice President
111 S. Calvert St.
Baltimore, MD 21202
410 500 4313

**Fifth Third Bank**
David Girodat
President
1000 Town Center, Suite 1300
Southfield, MI 48075
248 603 0627

**Flagstar Bank**
Nikolaus Maguire
5151 Corporate Drive
Troy, MI
248 312 6236

**Huntington Bank**
Thomas Chan
Senior Vice President
222 N. LaSalle Street, Suite 1200
Chicago, IL 60601
312 817 6080

**Independent Bank**
Keith Lightbody
Senior Vice President
201 W. Big Beaver Rd.
Troy, MI 48084
248 743 4041

**Keybank, N.A.**
Dave Baker
Vice President
100 S. Main St.
Ann Arbor, MI 48107
734 747 7384

**LNR Partners**
Jose Bello
Vice President
1601 Washington Ave
Miami Beach, FL 33139
305.695.5811

**Superior National Bank**
Michael Ohlrich
Executive Vice President
31780 Telegraph Rd
Bingham Farms, MI 48025
248 530 2862

**Michigan Business Connection**
Bill Beardsley
President
2200 Commonwealth Blvd, Suite 200
Ann Arbor, MI 48105
734 926 4250

**Midland Loan Services**
Brian Davis
Asset Manager
10851 Mastin, Suite 300
Overland Park, KS 66210
913 253 9524

**PNC**
Richard Landgraff
Senior Vice President
1001 South Worth
Birmingham, MI 48009
248 901 4404

**Wells Fargo**
Mike Svets
Division Manager
123 N. Wacker Dr.
Chicago, IL 60606
313 269 4841

**Vibe Credit Union**
Derrick Barber
Senior Vice President
248 829 1655

**Rialto Capital Advisors, LLC**
Juan Cueto
Director
200 S Biscayne Blvd, Suite 3550
Miami, FL  33131
305 695 5811

**Prime Finance**
Steve Gerstung
Co-Founder
sgerstung@primefinance
312 565 4401



31700 Middlebelt Rd, Suite 225
Farmington Hills, MI 48334
248 353 0500





# NAI MULTIFAMILY RECEIVERSHIP EXPERIENCE

## Westgate Manor
### 3651 Balfour Court, Flint, MI

Receivership | Property Management
130-unit Multifamily Property

## Greenfield Apartments
### Multiple Addresses, Detroit, MI
Receivership | Property Management
146,515 SF - 151 units

## Wyoming Manor
### 8868 Wyoming Ave, Detroit, MI

Receivership | Property Management | Disposition
16-unit Multifamily Property

## Oakman Apartments
### 5104-5120 Oakman Blvd, Dearborn, MI

Receivership | Property Management
68 Units

## Kingston Apartments
### 7549 S. Kingston, Chicago, IL

Receivership | Property Management
31-Unit Multifamily Property

## Oakman Apartments
### 10071 Joy Road, Detroit, MI

Receivership | Property Management | Disposition
32-unit Multifamily Property

## 4221-4229 Lindenwood Dr., Matteson, IL

Receivership | Property Management | Disposition
60 Units

## Goodsir
### 437 Abbot (Multiple Addresses), East Lansing, MI

Receivership | Property Management | Disposition
1,800 Units

## Harborside
### 10701 Valleywood Ave, Luna Pier, MI

Receivership | Property Management | Disposition
11,200 SF - 40 Units

**Michael Kalil**
Chief Operating Officer & Chief Revenue Officer
kalil@farbman.com
248 351 4386


NAI Farbman | Farbman Group®
MIDWEST EXPERTISE, GLOBAL REACH.

# NAI MULTIFAMILY RECEIVERSHIP EXPERIENCE

## 678 Seldon
### 678 Seldon St, Detroit, MI



Receivership | Disposition
20,923 SF - 31 Units

## Lincoln at Ivy Hills
### 1510 Nob Ln, Pontiac, MI



Receivership | Property Management | Disposition
325-Unit

## Orion Point
### 214 S Broadway St, Lake Orion, MI



Receivership | Property Management | Leasing | Disposition
15,377 SF - 28 Units

## Dearborn Apartments
### 1265 Monroe, 1312 Porter, Dearborn, MI



Receivership | Property Management
90 Units

**Michael Kalil**
Chief Operating Officer & Chief Revenue Officer
kalil@farbman.com
248 351 4386

