FILED

2025 Dec-16  AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO:** |
| | § | **2:25-cv-02136-GMB** |
| **CONTOUR BUCKINGHAM AL LLC,** | § | |
| **CONTOUR CALLINGTON AL LLC,** | § | |
| **and CONTOUR CARLYLE AL LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Wells Fargo Bank, National Association, states as follows:

1.      Wells Fargo Bank, National Association is a national banking association organized under the laws of the United States. 100% of the issued and outstanding stock of Wells Fargo Bank, National Association is owned by WFC Holdings, LLC.

2.      100% of the membership interest in WFC Holdings, LLC is owned by Wells Fargo & Company.

3.      Wells Fargo & Company is a publicly-traded corporation, and no publicly held corporation owns ten percent or more of Wells Fargo & Company's stock.

DATED this 16th day of December, 2025.

Respectfully submitted,

**BRADLEY ARANT BOULT CUMMINGS LLP**

BY:  */s/ N. Chris Glenos*

**N. CHRISTIAN GLENOS**
**Bar Number: ASB-0784-L48N**
**MACY WALTERS**
**Bar Number: ASB-4358-E175**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
cglenos@bradley.com
mwalters@bradley.com

ATTORNEYS FOR WELLS FARGO BANK

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have delivered a copy of the document, via hand delivery, to be served with the complaint, as follows:

Contour Buckingham AL LLC
c/o CT Corporation System, Registered Agent
2 North Jackson Street - Suite 605
Montgomery, AL 36104

Contour Callington AL LLC
c/o CT Corporation System, Registered Agent
2 North Jackson Street - Suite 605
Montgomery, AL 36104

Contour Carlyle AL LLC
c/o CT Corporation System, Registered Agent
2 North Jackson Street - Suite 605
Montgomery, AL 36104

*/s/ N. Chris Glenos*
N. Christian Glenos