

# Farbman Group®

## FULL SERVICE REAL ESTATE SOLUTIONS

# Monthly Financial Report

## January 2026




**<u>Alabama Contour Properties - Portfolio</u>**

| | |
|---|---|
| ***Property:*** | The Park at Buckingham: 114 Aspen Circle Birmingham, AL 35209 |
| | The Park at Callington: 700 Aspen Drive Birmingham, AL 35209 |
| | The Park at  Carlyle: 200 Robert Jemison Drive Birmingham, AL 35209 |
| ***Property Type:*** | Residential |
| ***Year Built:*** | The Park at Buckingham: 1972 |
| | The Park at Callington: 1978 |
| | The Park at Carlyle: 1983 |
| ***Date Appointed:*** | 12/23/2025 |
| ***Rentable Sq Feet:*** | The Park at Buckingham: 461,193/ 542 Units |
| | The Park at Callington: 482,518/ 603 Units |
| | The Park at Carlyle: 576,278/ 629 Units |
| | Total: 1,520,089/ 1,774 Units |
| ***Court:*** | United States District Court for the Nothern District of Alabama Southern Division |
| ***Judge:*** | Hon. Gray M. Borden |
| ***Receiver:*** | Farbman Group |
| ***Receiver's Counsel:*** | Ryan Cochran of Epstein Becker & Green P.C. |
| ***Plaintiff:*** | Wells Fargo Bank, N.A. |
| ***Defendant:*** | The Park at Buckingham AL LLC, The Park at CallingtonAL, LLC, and The Park at Carlyle AL, LLC |
| ***Case Number:*** | 2:25-cv-02136-GMB |
| ***Managed By:*** | Farbman Group |
| ***Property Manager:*** | Denise Whittaker |
| ***Property Accountant:*** | Sarah Caley |
| ***Leased By:*** | Farbman Group |
| ***Sold by:*** | N/A |
| ***Occupancy:*** | The Park at Buckingham: 68.8% |
| | The Park at Callington: 70.3% |
| | The Park at Carlyle: 65.7% |
| | Total: 68.2% |
| ***Parking:*** | The Park at Buckingham: 653 (est.) uncovered |
| | The Park at Callington: 809 (est.) uncovered |
| | The Park at Carlyle: 664 (est.) uncovered |
| | Total: 2126 (est.) uncovered |
| ***<u>Financial Highlights:</u>*** | As of January 2026 the ending cash balance is: $547,914.45 |
| | The January 2026 Total Revenue was $577,434.02 |
| | The January 2026 Operating Expenses were $91,910.76. |
| | The Year-to-Date Net Operating Income through January 2026 is $485,523.26. |

## Executive Dashboards



### Revenues

| | |
|---|---:|
| Rent Revenue | 248,190 |
| Reimbursable Expense | 27,345 |
| Other Revenue | 301,899 |

### Operating Expenses

| | |
|---|---:|
| General & Administrative | 4,074 |
| Repairs & Maintenance | 4,136 |
| Non-Recov Insurance | 83,701 |

## Alabama Contour Properties - Portfolio

**Surety Bond:** Surety bond of $25,000 was posted 12/30/2025.

**Filing of inventory:** Partial inventory lists are completed and were submitted with the December report.

**Leasing Activity:** The Receiver and management are still reviewing all vacancies and determining which units are ready to be leased or need improvements. Management is working to relocate residents from units that may present certain hazards to available units. The Receiver will market all remaining leasable units using commerically reasonable methods.

**Sales Activity:** None to report.

**Marketing Activity:** None to report.

**Significant Tenant Issues:**

The Park at Buckingham: Following a limited engineering study, management is working to relocate tenants from buildings 7,101, and 107 to available vacancies. Management is also planning to conduct air quality testing in specified units. Depending on the results, additional tenants may be relocated.

The Park at Callington: Management is planning to conduct air quality testing in specified units. Depending on the results, additional tenants may be relocated.

The Park at Carlyle: Management is planning to conduct air quality testing in specified units. Depending on the results, additional tenants may be relocated.

**Operational Issues:**

The Park at Buckingham: *The City of Homewood reached an agreement with the Defendnat to demolish buildings 10, 12, 14, 16, and 18, which were part of an earlier fire. The work is scheduled to take place in February.
*The Fire Marshall posted warnings on multiple buildings at the complex notifying tenants that in his opinion the living conditions were not safe. The Receiver and management held a meeting with the Fire Marshall and various City of Homewood officials to learn more about their concerns. They were primarily concerned about enivornmental and structural issues at these buildings. In addition, they recommend that Buildings 1-9 be condemned due to these concerns. The Receiver informed the City that it was working with structural and environemntal engineers to assess the asset. As a result, the City agreed to postpone its recommendation to City Counsel for one month.
*A structural engineer is scheduled to visit the property the early Ferbruary and provide a report of findings. The scope is focused on buildings with collapsed breezeways and visible structural concerns.
*Management secured the areas of the collapsed breezeways.
*The Receiver plans to contract with an environmental engineer to conduct air quality testing in units showing signs of potential mold and water intrusion. These units are vacant, but depending on the results, adjacent occupied units may be vacated and tenants relocated to available vacancies.
*On either 1/31 or 2/1, an intruder broke into the management office and stole the checks and money orders left in the drop box. Management was told this also happened at a neighboring property over the same weekend.
*There are various other deferred maintenance items the Receiver and management are addressing.

The Park at Callington: *There is significant deferred maintenance across the property. The Receiver will work with management to prioritize items to address.
*The Receiver plans to contract with an environmental engineer to conduct air quality testing in units showing signs of potential mold and water intrusion. These units are vacant, but depending on the results, adjacent occupied units may be vacated and tenants relocated to available vacancies.

The Park at Carlyle: *There is significant deferred maintenance across the property. The Receiver will work with management to prioritize items to address.
*The Receiver plans to contract with an environmental engineer to conduct air quality testing in units showing signs of potential mold and water intrusion. These units are vacant, but depending on the results, adjacent occupied units may be vacated and tenants relocated to available vacancies.

**Capital Projects:** The Receiver and management are reviewing the assets for potential capital projects. This includes reviewing stalled construction projects, deferred maintenance, and the pending municipal violations against the buildings.

**Real Estate Taxes:**

The Park at Buckingham:

2023 Taxes due $703,920.00

2024 Taxes due $630,045.00

2025 Taxes due $594,198.01

Total interest and fees $190,454.97

The Park at Callington:

2023 Taxes due $704,355.74

2024 Taxes due $669,610.51

2025 Taxes due $572,658.89

Total interest and fees $201,681.61

The Park at Carlyle:

2023 Taxes due $741,639.44

2024 Taxes due $697,342.25

2025 Taxes due $622,507.29

Total interest and fees $177,967.28

Total outstanding taxes $5,936,277.13

Total outstanding taxes and fees $6,507,705.37

The Defendant and the County entered into a settlement for the 2023 and 2024 assessments. The 2025 assessment was also challenged by the Defendant.

***Insurance:***    The properties are insured by the Defendant through Rhodes Risk Advisors. The current policy term is 12/12/25 - 12/12/26. Copies of the insurance certificates are included with this report. As a result of a deficiency in the umbrella coverage, the Receiver bound coverage for an additional $1M of umbrella coverage.

***Legal:***    There are currently three pending caases against the Defendnat. They include:
1) Brianna Stallworth; Peyton Stallworth, a minor, by and through her guardian Brianna Stallworth; and Kaleb Oden, by and through his guardian Brianna Stallworth v. Contour Callington AL LLC and Contour Property Management, LLC, Circuit Court of Jefferson County, Alabama, Case No CV-2022-901460.
2) Cleothers Ward, Jr. v. Athene, LLC and Contour Buckingham d/b/a The Park at Buckingham, District Court of Jefferson County, Alabama, DV-2025-905911
3) Jordan Montgomery v. Contour Buckingham AL LLC, District Court of Jefferson County, Alabama DV-2025-908399

In addition, there was threatened litigation resulting from an alleged injury sustained on 9/5/24.

***Receivership Fees:***    1% of the monthly gross revenue from the facilities.
January Receivership Fee $5,774.34.

***Protective Advances:***    None to report.

# Balance Sheet

Period = Jan 2026

Book = Cash ; Tree = ysi_bs

| | Current Balance |
|---|---:|
| **ASSETS** | |
| **CASH** | |
| Operating Cash 1 | 547,914.45 |
| **TOTAL CASH** | **547,914.45** |
| | |
| **TOTAL ASSETS** | **547,914.45** |
| | |
| **LIABILITIES AND CAPITAL** | |
| | |
| **CAPITAL** | |
| Retained Earnings | 547,914.45 |
| **TOTAL CAPITAL** | **547,914.45** |
| | |
| **TOTAL LIABILITIES AND CAPITAL** | **547,914.45** |

Alabama Contour Properties - Portfolio (.nfalabm)                                                                 Page 1

# Income Statement

Period = Jan 2026
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| **OPERATING REVENUE** | | | | |
| **REVENUE** | | | | |
| **RENT REVENUE** | | | | |
| Base Rent | 237,003.28 | 257.86 | 237,003.28 | 257.86 |
| MTM Rent | 200.00 | 0.22 | 200.00 | 0.22 |
| Plus Prepaid Rent | 10,986.65 | 11.95 | 10,986.65 | 11.95 |
| **TOTAL RENT REVENUE** | **248,189.93** | **270.03** | **248,189.93** | **270.03** |
| **REIMBURSABLE EXPENSE INCOME** | | | | |
| Pet Fees | 25.00 | 0.03 | 25.00 | 0.03 |
| Pest Control | 2,134.00 | 2.32 | 2,134.00 | 2.32 |
| Utility Electric | 3,935.00 | 4.28 | 3,935.00 | 4.28 |
| Utility Water | 19,721.42 | 21.46 | 19,721.42 | 21.46 |
| Administrative Fee | 1,529.30 | 1.66 | 1,529.30 | 1.66 |
| **TOTAL REIMBURSABLE EXPENSE INCOME** | **27,344.72** | **29.75** | **27,344.72** | **29.75** |
| **OTHER REVENUE** | | | | |
| Late Fees | 4,352.00 | 4.74 | 4,352.00 | 4.74 |
| Miscellaneous Income | 293,177.53 | 318.98 | 293,177.53 | 318.98 |
| Other Monthly Charges | 4,369.84 | 4.75 | 4,369.84 | 4.75 |
| **TOTAL OTHER REVENUE** | **301,899.37** | **328.47** | **301,899.37** | **328.47** |
| **TOTAL REVENUE** | **577,434.02** | **628.26** | **577,434.02** | **628.26** |
| **NON RECOVERABLE EXPENSES** | | | | |
| **GENERAL AND ADMINISTRATIVE** | | | | |
| Computers and Equipment | 4,073.79 | 4.43 | 4,073.79 | 4.43 |
| **TOTAL GENERAL AND ADMINISTRATIVE** | **4,073.79** | **4.43** | **4,073.79** | **4.43** |
| **REPAIRS AND MAINTENANCE** | | | | |
| Maintenance Salaries | 3,542.92 | 3.85 | 3,542.92 | 3.85 |
| Maintenance Taxes and Fees | 592.95 | 0.65 | 592.95 | 0.65 |
| **TOTAL REPAIRS AND MAINTENANCE** | **4,135.87** | **4.50** | **4,135.87** | **4.50** |
| **INSURANCE** | | | | |
| Insurance | 83,701.10 | 91.07 | 83,701.10 | 91.07 |
| **TOTAL INSURANCE** | **83,701.10** | **91.07** | **83,701.10** | **91.07** |
| **TOTAL NON RECOVERABLE OPERATING ...** | **91,910.76** | **100.00** | **91,910.76** | **100.00** |
| **TOTAL EXPENSES** | **91,910.76** | **100.00** | **91,910.76** | **100.00** |
| **NET OPERATING INCOME** | **485,523.26** | **528.26** | **485,523.26** | **528.26** |
| **NET INCOME** | **485,523.26** | **528.26** | **485,523.26** | **528.26** |

Alabama Contour Properties - Portfolio (.nfalabm)                                                                    Page 1

# Cash Flow Statement

Period = Jan 2026
Book = Cash ; Tree = mnt_cf2

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **NET INCOME** | **485,523.26** | **528.26** | **485,523.26** | **528.26** |
|  |  |  |  |  |
| CASH FLOW | 485,523.26 | 528.26 | 485,523.26 | 528.26 |

| **Period to Date** | **Beginning Balance** | **Ending Balance** | **Difference** |
|---|---|---|---|
| Operating Cash 1 | 62,391.19 | 547,914.45 | 485,523.26 |
| **Total Cash** | **62,391.19** | **547,914.45** | **485,523.26** |

| **Year to Date** | **Beginning Balance** | **Ending Balance** | **Difference** |
|---|---|---|---|
| Operating Cash 1 | 62,391.19 | 547,914.45 | 485,523.26 |
| **Total Cash** | **62,391.19** | **547,914.45** | **485,523.26** |

Tuesday, February 17, 2026
06:14 PM