FILED
2026 Mar-20  PM 05:29
U.S. DISTRICT COURT
N.D. OF ALABAMA



**FULL SERVICE REAL ESTATE SOLUTIONS**

# Monthly Financial Report

## February 2026

 

## Alabama Contour Properties - Portfolio

| | |
|---|---|
| *Property:* | Park at Buckingham - 114 Aspen Circle - Homewood, AL  35209 |
| | Park at Callington - 700 Aspen Drive - Birmingham, AL  35209 |
| | Park at Carlyle - 200 Robert Jemison Drive - Birmingham, AL  35209 |
| *Property Type:* | Multifamily |
| *Year Built:* | Park at Buckingham - 1972 |
| | Park at Callington - 1978 |
| | Park at Carlyle - 1983 |
| *Date Appointed:* | 12/23/2025 |
| *Rentable Sq Feet:* | Park at Buckingham- 461,193sqft/ 542 Units |
| | Park at Callington - 482,518sqft/ 603 Units |
| | Park at Carlyle - 576,278sqft/ 629 Units |
| | Total: 1,520,089sqft/ 1,774 Units |
| *Court:* | US District Court for the No. District of AL S Dvision |
| *Judge:* | Hon. Gray M. Borden |
| *Receiver:* | Farbman Group |
| *Receiver's Counsel:* | Ryan Cochran of Epstein Becker & Green P.C. |
| *Plaintiff:* | Wells Fargo Bank, N.A. |
| *Defendant:* | The Park at Carlyle AL, LLC |
| *Case Number:* | 2:25-cv-02136-GMB |
| *Managed By:* | Farbman Group |
| *Property Manager:* | Denise Whittaker |
| | Sanwan Lewis |
| | Betty Booker |
| *Property Accountant* | Sarah Caley |
| *Leased By:* | Farbman Group |
| *Sold by:* | N/A |
| *Occupancy:* | The Park at Buckingham: 68.8% |
| | The Park at Callington: 70.3% |
| | The Park at Carlyle: 65.7% |
| | Total: 68.2% |
| *Parking:* | The Park at Buckingham: 653 uncovered |
| | The Park at Callington: 809 uncovered |
| | The Park at Carlyle: 664 uncovered |
| | Total: 2126 uncovered |

*Financial Highlights:*

As of February 2026 the ending cash balance is: $891,547.05

The February 2026 Total Revenue was $637,587.90.

The February 2026 Operating Expenses were $293,252.79.

The Year-to-Date Net Operating Income through February 2026 is $829,858.37.

## Executive Dashboards



### Revenues

| | |
|---|---|
| Rent Revenue | 449,043 |
| Reimbursable Expense | 50,766 |
| Other Revenue | (2,453) |



### Operating Expenses

| | |
|---|---|
| Non-Recov General & Administrative | 67,476 |
| Non-Recov Utilities | 127,645 |
| Non-Recov Insurance | 83,696 |
| Non-Recov Management Fees | 14,436 |

## Alabama Contour Properties - Portfolio

| | |
|---|---|
| **_Surety Bond:_** | Surety bond of $25,000 was posted 12/30/2025. |
| **_Filing of inventory:_** | Partial inventory lists including are completed and were submitted with the December report for all supplies and personal property outside of vacant units. A inventory of personal property in vacant units will be available with the March report. |
| **_Leasing Activity:_** | The Receiver and management are still reviewing all vacancies and determining which units are ready to be leased or need improvements. Management is working to relocate residents from units that may present certain hazards to available units. The Receiver will market all remaining leasable units using commerically reasonable methods. |
| **_Sales Activity:_** | None to report. |
| **_Marketing Activity:_** | None to report. |

**_Significant Tenant Issues:_**

| | |
|---|---|
| Park at Buckingham | As of 02/28/26, tenant delinquency is $607,619.98. The Receiver engaged counsel to handle evictions and collections, and will commence the eviction process for delinquent tenants. |
| Park at Carlyle | As of 02/28/26, tenant delinquent rent totals $1,879,793.52 The Receiver engaged counsel to handle evictions and collections, and will commence the eviction process for delinquent tenants. |
| Park at Callington | As of 02/28/26, delinquent rent total $1,340,212.93. The Receiver engaged counsel to handle evictions and collections, and will commence the eviction process for delinquent tenants. |

**_Operational Issues:_**

| | |
|---|---|
| Park at Buckingham | Vacant units are currently being inspected for condition and security as well as inventory. The City of Homewood issued multiple violations against the property. The Receiver is working with management to remedy the City's concerns and are keeping the City apprised to their actions. Tenants are currently occupying units of concern, and will be relocated. The unit transfers for building 01,03,05,07, and 09 are scheduled to be completed by 3/31/26. Transfers for building 101 are scheduled for April with building 107 either the same month or in May. Prior to the Receivership, fire signficantly damaged buildings 10, 12, 14, 16, and 18. As a result of the condemntation, the Defednant allowed the City to contract demolition for the buildings. The demolition was completed and the City will bill the property approximately $110,000 for the demolition cost. Leasing to new applicants/tenants is on temporary hold until building repairs are completed. There are significant potential environmental hazards impacting approximately 85 vacant units across the complex. Managmement is obtaining quotes to address these concerns. In addition, there are some structural concerns regarding breezeways that are being investigated. Additional tenants may need to be relocated based on further findings. There is signficant deferred maintenance across the property. Management is prioritizing addressing the safety concerns. |
| Park at Carlyle | Leasing to new applicants on hold for now until building repairs completed or underway. Vacancy checks are resuming during which an updated and complete inventory list will be submitted. |
| Park at Callington | Leasing to new applicants on hold until building repairs underway or completed. Vacant checks will be resuming and an updated, complete inventory will be filed at that time. |
| Portfolio | As of 2/28/26, there are financial documents that have not been turned over by the Defendant. In March, Receiver's counsel submitted a demand notice to Defendant's counsel. The Defednant reached out to the Receiver and agreed to provide the missing information. |

| | |
|---|---|
| **_Capital Projects:_** | The Receiver and management are reviewing the assets for potential capital projects. This includes reviewing stalled construction projects, deferred maintenance, and the pending municipal violations against the buildings. |
| **_Real Estate Taxes:_** | |

| | |
|---|---|
| 114 Aspen Circle | 2023 Taxes due $703,920.00 |
| | 2024 Taxes due $630,045.00 |
| | 2025 Taxes due $594,198.01 |
| | Total interest and fees $190,454.97 |
| | |
| 200 Robert Jemison Drive | 2023 Taxes due $741,639.44 |
| | 2024 Taxes due $697,342.25 |
| | 2025 Taxes due $622,507.29 |
| | Total interest and fees $177,967.28 |
| | |
| 700 Aspen Drive | 2023 Taxes due $704,355.74 |
| | 2024 Taxes due $669,610.51 |
| | 2025 Taxes due $572,658.89 |
| | Total interest and fees $201,681.61 |
| | |
| | Total outstanding taxes $5,936,277.13 |
| | |
| | Total outstanding taxes and fees $6,507,705.37 |

The Defendant and the County entered into a settlement for the 2023 and 2024 assessments. The 2025 assessment was also challenged by the Defendant.

**_Insurance:_**

The properties are insured by the Defendant through Rhodes Risk Advisors. The current policy term is 12/12/25 - 12/12/26. Copies of the insurance certificates are included with this report. As a result of a deficiency in the umbrella coverage, the Receiver bound coverage for an additional $1M of umbrella coverage. The Receiver is working with another agent on obtaining an alternative insurance quote.

**_Legal:_**

| | |
|---|---|
| 2:25-CV-00864 | Recinos et al v. Contour Callington AL, LLC et al. Filed 6/4/25 in N.D. Alabama. Fail Labor Standards Act Claim and failure to pay employyes for overtime wages. Judgement entered-$75,000 settlement plus $17,500 in fees and costs. Court to reconsider joint motion to settle on or before March 20, 2026. |
| 2:24-BK-01209 | In re Julius Lorenzo Parker. Filed 4/19/24 in Bankr. N.D. Alabama. Unpaid rent in the amount of $10,042.67. |
| 2:23-bk-00923 | In re Sharday Janay Amison. Filed 4/10/23 Bankr. N.D. Alabama. Creditor. |
| CV-2022-901460 | Stallworth, et. al. v. Contour Callington AL LLC et. al. Filed 5/20/22 in Circuit Court of Jefferson County. Plaintiff claims water intrusion and mold resulting in personal injury and property damage claims. Notice of settlement and request for pro ami hearing filed on 2/26/26. |
| DV-2025-908399 | Montgomery v. Contour Buckingham AL LLC. Filed 11/11/25 in District Court of Jefferson County. Plaintiff claims water intrustion, mold, mildew, and pest infestation resulting in personal injury and property damages. The Defendnat filed an answer on December 4. 2025. |
| Liens | There is a Mechanic's Lien against the Park at Callington in the amount of $24,570 plus interest. There are two Verified Statements of Lien against the Park at Buckingham that total $125,834.08 plus interest. |

**_Receivership Fees:_**

1% of the monthly gross revenue from the facilities.
February Receivership Fee $6,375.88.

**_Protective Advances:_**

None to report.

Alabama Contour Properties - Portfolio (.nfalabm)                                                    Page 1

# Balance Sheet

Period = Feb 2026

Book = Cash ; Tree = ysi_bs

| | **Current Balance** |
|---|---:|

**ASSETS**

  **CASH**

    Operating Cash 1 ......................................................................... 891,547.05

  **TOTAL CASH** .............................................................................. **891,547.05**

**TOTAL ASSETS** ............................................................................ **891,547.05**

**LIABILITIES AND CAPITAL**

**CAPITAL**

  Retained Earnings ....................................................................... 891,547.05

**TOTAL CAPITAL** .......................................................................... **891,547.05**

**TOTAL LIABILITIES AND CAPITAL** ............................................... **891,547.05**

Thursday, March 19, 2026
10:15 AM

Alabama Contour Properties - Portfolio (.nfalabm)                                                                    Page 1

# Income Statement

Period = Feb 2026
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| **OPERATING REVENUE** | | | | |
| **REVENUE** | | | | |
| **RENTAL INCOME** | | | | |
| **GROSS POTENTIAL RENT** | | | | |
| Market Rent | 1,979,578.00 | 675.04 | 3,957,062.00 | 1,027.37 |
| Loss-Gain to Lease | -446,711.00 | -152.33 | -914,334.00 | -237.39 |
| **TOTAL GROSS POTENTIAL RENT** | 1,532,867.00 | 522.71 | 3,042,728.00 | 789.98 |
| **RENT REVENUE** | | | | |
| Base Rent | 35,236.40 | 12.02 | 52,970.42 | 13.75 |
| Less Vacancy | -949,900.00 | -323.92 | -2,063,960.79 | -535.87 |
| Less Delinquencies | -169,160.75 | -57.68 | -345,491.70 | -89.70 |
| Plus Prepaid Rent | 140,232.00 | 47.82 | 151,218.65 | 39.26 |
| **TOTAL RENT REVENUE** | -943,592.35 | -321.77 | -2,205,263.42 | -572.55 |
| **TOTAL RENTAL INCOME** | 589,274.65 | 200.94 | 837,464.58 | 217.43 |
| **REIMBURSABLE EXPENSE INCOME** | | | | |
| Pet Fees | 0.00 | 0.00 | 25.00 | 0.01 |
| Pest Control | 3,394.00 | 1.16 | 5,528.00 | 1.44 |
| Trash Removal | 10,653.84 | 3.63 | 10,653.84 | 2.77 |
| Utility Electric | 5,833.00 | 1.99 | 9,768.00 | 2.54 |
| Utility Water | 29,192.00 | 9.95 | 48,913.42 | 12.70 |
| Administrative Fee | 1,593.25 | 0.54 | 3,122.55 | 0.81 |
| **TOTAL REIMBURSABLE EXPENSE INCOME** | 50,666.09 | 17.28 | 78,010.81 | 20.25 |
| **OTHER REVENUE** | | | | |
| Late Fees | 1,917.00 | 0.65 | 6,269.00 | 1.63 |
| Miscellaneous Income | 0.00 | 0.00 | 293,177.53 | 76.12 |
| Other Monthly Charges | -4,369.84 | -1.49 | 0.00 | 0.00 |
| **TOTAL OTHER REVENUE** | -2,452.84 | -0.84 | 299,446.53 | 77.75 |
| | | | | |
| **TOTAL REVENUE** | 637,487.90 | 217.39 | 1,214,921.92 | 315.43 |
| | | | | |
| **NON RECOVERABLE EXPENSES** | | | | |
| **GENERAL AND ADMINISTRATIVE** | | | | |
| Administrative Salaries | 61,994.80 | 21.14 | 61,994.80 | 16.10 |
| Administrative Taxes and Fees | 2,970.33 | 1.01 | 2,970.33 | 0.77 |
| Telephone | 750.07 | 0.26 | 750.07 | 0.19 |
| Office Supplies | 280.78 | 0.10 | 280.78 | 0.07 |
| Postage | 290.11 | 0.10 | 290.11 | 0.08 |
| Computers and Equipment | 1,189.88 | 0.41 | 5,263.67 | 1.37 |
| **TOTAL GENERAL AND ADMINISTRATIVE** | 67,475.97 | 23.01 | 71,549.76 | 18.58 |
| **UTILITY EXPENSES** | | | | |
| Electric Other | 36,846.78 | 12.56 | 36,846.78 | 9.57 |
| Gas Common Area | 1,481.08 | 0.51 | 1,481.08 | 0.38 |
| Water Common Area | 89,317.01 | 30.46 | 89,317.01 | 23.19 |
| **TOTAL UTILITY EXPENSES** | 127,644.87 | 43.53 | 127,644.87 | 33.14 |
| **REPAIRS AND MAINTENANCE** | | | | |
| Maintenance Salaries | 0.00 | 0.00 | 3,542.92 | 0.92 |
| Maintenance Taxes and Fees | 0.00 | 0.00 | 592.95 | 0.15 |
| **TOTAL REPAIRS AND MAINTENANCE** | 0.00 | 0.00 | 4,135.87 | 1.07 |
| **INSURANCE** | | | | |
| Insurance | 83,696.10 | 28.54 | 167,397.20 | 43.46 |
| **TOTAL INSURANCE** | 83,696.10 | 28.54 | 167,397.20 | 43.46 |
| **MANAGEMENT FEES** | | | | |
| Management Fee | 14,435.85 | 4.92 | 14,435.85 | 3.75 |

Alabama Contour Properties - Portfolio (.nfalabm)                                                                Page 2

# Income Statement

Period = Feb 2026
Book = Cash ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| TOTAL MANAGEMENT FEES | 14,435.85 | 4.92 | 14,435.85 | 3.75 |
| TOTAL NON RECOVERABLE OPERATING ... | 293,252.79 | 100.00 | 385,163.55 | 100.00 |
| TOTAL EXPENSES | 293,252.79 | 100.00 | 385,163.55 | 100.00 |
| NET OPERATING INCOME | 344,235.11 | 117.39 | 829,758.37 | 215.43 |
| NON OPERATING EXPENSES |  |  |  |  |
| Receivership Fees | 143.75 | 0.05 | 143.75 | 0.04 |
| Misc Administrative | 458.76 | 0.16 | 458.76 | 0.12 |
| TOTAL NON OPERATING EXPENSES | 602.51 | 0.21 | 602.51 | 0.16 |
| NET INCOME | 343,632.60 | 117.18 | 829,155.86 | 215.27 |

Thursday, March 19, 2026
10:15 AM

Alabama Contour Properties - Portfolio (.nfalabm)                                                                    Page 1

# Cash Flow Statement

Period = Feb 2026
Book = Cash ; Tree = mnt_cf2

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **NET INCOME** | **-1,189,234.40** | **-405.53** | **-2,213,572.14** | **-574.71** |
| CASH FLOW | -1,189,234.40 | -405.53 | -2,213,572.14 | -574.71 |

| Period to Date | Beginning Balance | Ending Balance | Difference |
|---|---|---|---|
| Operating Cash 1 | 547,914.45 | 891,547.05 | 343,632.60 |
| **Total Cash** | **547,914.45** | **891,547.05** | **343,632.60** |

| Year to Date | Beginning Balance | Ending Balance | Difference |
|---|---|---|---|
| Operating Cash 1 | 62,391.19 | 891,547.05 | 829,155.86 |
| **Total Cash** | **62,391.19** | **891,547.05** | **829,155.86** |

Thursday, March 19, 2026
10:15 AM