FILED

2026 Apr-20  PM 03:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Exhibit A**
**Receiver's Monthly Financial Report (March 2026) (Pages 1-12)**



# Farbman Group®

## FULL SERVICE REAL ESTATE SOLUTIONS

# Monthly Financial Report

## March 2026




MIDWEST EXPERTISE, GLOBAL REACH.

# Farbman Group I Inc as Receiver of Alabama Contour Properties

1.  **Executive Summary**
    - Property Overview
    - Financial Highlights
    - Executive and Financial Dashboard
    - Surety Bond
    - Filing of Inventory
    - Leasing Activity
    - Sales Activity
    - Marketing Activity
    - Significant Tenant Issues
    - Operational Issues
    - Capital Projects
    - Real Estate Taxes
    - Insurance
    - Legal
    - Receivership Fees
    - Protective Advances

2.  **Financial Statements**
    - Balance Sheet
    - Income Statement
    - Budget Comparison (Inserted when applicable)
    - Variance Analytics (Inserted when applicable)
    - Cash Flow
    - Cash Flow Reforecast (Inserted when applicable)

3.  **Tenancy**
    - Rent Roll-Occupancy Summary
    - Lease Deposits

4.  **Accounts Receivable**
    - Receivable Detail

5.  **Bank Reconciliation**

6.  **Accounts Payable**
    - Payment Run Report
    - Aging Detail
    - Management Fee Analysis

7.  **General Ledger**

8.  **Property Inspection Report**

## Alabama Contour Properties - Portfolio

**Property:** Park at Buckingham - 114 Aspen Circle - Homewood, AL  35209
Park at Callington - 700 Aspen Drive - Birmingham, AL  35209
Park at Carlyle - 200 Robert Jemison Drive - Birmingham, AL  35209

**Property Type:** Multifamily

**Year Built:** Park at Buckingham - 1972
Park at Callington - 1978
Park at Carlyle - 1983

**Date Appointed:** 12/23/2025

**Rentable Sq Feet:** Park at Buckingham- 461,193sqft/ 542 Units
Park at Callington - 482,518sqft/ 603 Units
Park at Carlyle - 576,278sqft/ 629 Units
Total: 1,520,089sqft/ 1,774 Units

**Court:** US District Court for the No. District of AL S Dvision

**Judge:** Hon. Gray M. Borden

**Receiver:** Farbman Group

**Receiver's Counsel:** Ryan Cochran of Epstein Becker & Green P.C.

**Plaintiff:** Wells Fargo Bank, N.A.

**Defendant:** The Park at Carlyle AL, LLC

**Case Number:** 2:25-cv-02136-GMB

**Managed By:** Farbman Group

**Property Manager:** Sanwan Lewis
Betty Booker

**Property Accountant** Sarah Caley

**Leased By:** Farbman Group

**Sold by:** N/A

**Occupancy:** The Park at Buckingham: 68.8%
The Park at Callington: 70.3%
The Park at Carlyle: 65.7%
Total: 68.2%

**Parking:** The Park at Buckingham: 653 uncovered
The Park at Callington: 809 uncovered
The Park at Carlyle: 664 uncovered
Total: 2126 uncovered

**Financial Highlights:** As of March 2026 the ending cash balance is: $922,965.74

The March 2026 Total Revenue was $624,281.64.

The March 2026 Operating Expenses were $564,643.68.

The Year-to-Date Net Operating Income through March 2026 is $889,396.33.

## Executive Dashboards



### Revenues

| | |
|---|---|
| Rent Revenue | 491,482 |
| Reimbursable Expense | 113,421 |
| Other Revenue | 18,794 |



### Operating Expenses

| | |
|---|---|
| Non-Recov General & Administrative | 57,727 |
| Non-Recov Utilities | 348,053 |
| Non-Recov Repairs & Maintenance | 48,912 |
| Non-Recov Insurance | 94,013 |
| Non-Recov Management Fees | 15,940 |

## Alabama Contour Properties - Portfolio

**_Surety Bond:_**   Surety bond of $25,000 was posted 12/30/2025.

**_Filing of inventory:_**   Partial inventory lists including are completed and were submitted with the December report for all supplies and personal property outside of vacant units. A inventory of personal property in vacant units will be available with the next report.

**_Leasing Activity:_**   The Receiver and management are still reviewing all vacancies and determining which units are ready to be leased or need improvements. Management is working to relocate residents from units that may present certain hazards to available units. The Receiver will market all remaining leasable units using commerically reasonable methods.

**_Sales Activity:_**   None to report.

**_Marketing Activity:_**   None to report.

**_Significant Tenant Issues:_**

Park at Buckingham   As of 03/31/26, tenant delinquency is $701,746.98. The Receiver engaged counsel to handle evictions and collections, and will commence the eviction process for delinquent tenants.

Park at Carlyle   As of 03/31/26, tenant delinquent rent totals $1,745,681.61. The Receiver engaged counsel to handle evictions and collections, and will commence the eviction process for delinquent tenants.

Park at Callington   As of 03/31/26, delinquent rent total $1,119,677.60. The Receiver engaged counsel to handle evictions and collections, and will commence the eviction process for delinquent tenants.

**_Operational Issues:_**

Park at Buckingham   Vacant units are currently being inspected for condition and security as well as inventory. The City of Homewood issued multiple violations against the property. The Receiver is working with management to remedy the City's concerns and are keeping the city apprised to their actions. Tenants are currently occupying units of concern, and will be relocated. The unit transfers for building 1-9 Aspen CV are nearly complete with one resident remaining which has not cooperated with management. We anticipate relocation efforts for 1-9 Aspen CV to be complete in April. The City of Homewood is aware of the issue. Transfers for building 101 are scheduled for April 20th with building 107 starting the  first week in May.  Management is working with vendors to turn units in buildings safe for occupancy to relocate from buildings with structural or environmental concerns. Prior to the Receivership, fire significantly damaged buildings 10, 12, 14, 16, and 18. As a result of the condemnation, the Defendant allowed the City to contract demolition for the buildings, which has been completed. The City has not invoiced the property for its work. The approximate amount will be $110,000. There are significant potential environmental hazards impacting approximately 85 vacant units across the complex. Management will complete environmental testing and submit quotes for remediation.  There are structural concerns regarding breezeways that are being investigated. Additional tenants may need to be relocated based on further findings. Management is prioritizing addressing the safety concerns as they may appear.

Park at Carlyle   Property management and operations team has been assessing vacant units for condition and potential leasing activity.  Most units require significant repairs due to missing appliances, HVAC, damage to floor and walls and discoloration. Bidding is in process for remediation of potential environmental hazard.  Violation notices have been sent to residents with unmaintained balconies to improve property curb appeal. Property management is working with the Birmingham Police Department to remove abandoned and unauthorized vehicles as well as povide additional patrols to prevent crime.

Park at Callington   Property management has been assessing vacant units for condition and potential leasing activity.  Most units require significant repairs due to missing appliances, HVAC, damage to floor and walls and discoloration. Bidding is in process for remediation of potential environmental hazards. Building 900 Aspen Drive which had prior fire damage was boarded for safety.  A former laundry facility was secured as well with boarding. Violation notices have been sent to residents with unmaintained balconies to improve property curb appeal. Property management is working with the Birmingham Police Department to remove abandoned and unauthorized vehicles as well as povide additional patrols to prevent crime.

**_Capital Projects:_**    The Receiver and management are reviewing the assets for potential capital projects. This includes reviewing stalled construction projects, deferred maintenance, and the pending municipal violations against the buildings.

**_Real Estate Taxes:_**

Park at Buckingham
2023 Taxes due $703,920.00
2024 Taxes due $630,045.00
2025 Taxes due $594,198.01
Total interest and fees $190,454.97

Park at Carlyle
2023 Taxes due $741,639.44
2024 Taxes due $697,342.25
2025 Taxes due $622,507.29
Total interest and fees $177,967.28

Park at Callington
2023 Taxes due $704,355.74
2024 Taxes due $669,610.51
2025 Taxes due $572,658.89
Total interest and fees $201,681.61

Total outstanding taxes $5,936,277.13

Total outstanding taxes and fees $6,507,705.37
The Defendant and the County agreed to a settlement for the 2023 and 2024 assessments. The 2025 assessment was also challenged by the Defendant.

**_Insurance:_**    The properties are insured by the Defendant through Rhodes Risk Advisors. The current policy term is 12/12/25 - 12/12/26. Copies of the insurance certificates are included with this report. As a result of a deficiency in the umbrella coverage, the Receiver bound coverage for an additional $1M of umbrella coverage. The Receiver is working with another agent on obtaining an alternative insurance quote.

**_Legal:_**

2:25-CV-00864    Recinos et al v. Contour Callington AL, LLC et al. Filed 6/4/25 in N.D. Alabama. Fail Labor Standards Act Claim and failure to pay employyes for overtime wages. Judgement entered-$75,000 settlement plus $17,500 in fees and costs. Court to reconsider joint motion to settle on or before March 20, 2026.

2:24-BK-01209    In re Julius Lorenzo Parker. Filed 4/19/24 in Bankr. N.D. Alabama. Unpaid rent in the amount of $10,042.67.

2:23-bk-00923    In re Sharday Janay Amison. Filed 4/10/23 Bankr. N.D. Alabama. Creditor.

CV-2022-901460    Stallworth, et. al. v. Contour Callington AL LLC et. al. Filed 5/20/22 in Circuit Court of Jefferson County. Plaintiff claims water intrusion and mold resulting in personal injury and property damage claims. Notice of settlement and request for pro ami hearing filed on 2/26/26.

DV-2025-908399    Montogmery v. Contour Buckingham AL LLC. Filed 11/11/25 in District Court of Jefferson County. Plaintiff claims water intrustion, mold, mildew, and pest infestation resulting in personal injury and property damages. The Defendnat filed an answer on December 4, 2025.

Liens    There is a Mechanic's Lien against the Park at Callington in the amount of $24,570 plus interest. There are two Verified Statements of Lien against the Park at Buckingham that total $125,834.08 plus interest.

Collections    The Receiver retained R. Ryan Daugherty of Dentons to handle evictions and collections. Ryan previously was engaged by the Defendant in the same capacity. Ryan is continuing to represent the Receiver in the currently pending litigation. A copy of the engagement is included in this report.

Motion for Show-Cause    The Receiver is still missing documentation from the Defendnat. Receiver's counsel sent a formal letter to Defendant's counsel requesting the turnover of the missing documentation. If the documents are not turned over, the Receiver plans to file a motion for show-cause in early April.

**_Receivership Fees:_**    1% of the monthly gross revenue from the facilities.
March receivership fees $6,242.82.

***Protective Advances:***   None to report.

Alabama Contour Properties - Portfolio (.nfalabm)                                                                      Page 1

# Balance Sheet

Period = Mar 2026
Book = Cash ; Tree = ysi_bs

|  | Current Balance |
|---|---|
| **ASSETS** | |
| **CASH** | |
| Operating Cash 1 | 922,965.74 |
| **TOTAL CASH** | **922,965.74** |
| **ACCOUNTS RECEIVABLE** | |
| Accounts Receivable | 2,724.50 |
| **TOTAL ACCOUNTS RECEIVABLE** | **2,724.50** |
| **OTHER ASSETS** | |
| Other Deposits | 63,483.18 |
| **TOTAL OTHER ASSETS** | **63,483.18** |
| **TOTAL ASSETS** | **989,173.42** |
| **LIABILITIES AND CAPITAL** | |
| **CAPITAL** | |
| Retained Earnings | 989,173.42 |
| **TOTAL CAPITAL** | **989,173.42** |
| **TOTAL LIABILITIES AND CAPITAL** | **989,173.42** |

Wednesday, April 15, 2026
11:09 AM

Alabama Contour Properties - Portfolio (.nfalabm)                                                                  Page 1

# Income Statement

Period = Mar 2026
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **INCOME** | | | | |
| **OPERATING REVENUE** | | | | |
| **REVENUE** | | | | |
| **RENTAL INCOME** | | | | |
| **GROSS POTENTIAL RENT** | | | | |
| Market Rent | 1,979,578.00 | 350.59 | 5,938,734.00 | 625.26 |
| Loss-Gain to Lease | -368,959.25 | -65.34 | -1,179,545.25 | -124.19 |
| **TOTAL GROSS POTENTIAL RENT** | **1,610,618.75** | **285.25** | **4,759,188.75** | **501.07** |
| **RENT REVENUE** | | | | |
| Base Rent | 0.00 | 0.00 | 52,970.42 | 5.58 |
| Less Vacancy | -600,515.08 | -106.35 | -2,473,344.87 | -260.40 |
| Less Concessions | -115.00 | -0.02 | -115.00 | -0.01 |
| Less Delinquencies | -518,506.23 | -91.83 | -1,160,970.93 | -122.23 |
| Plus Prepaid Rent | 583.70 | 0.10 | 151,802.35 | 15.98 |
| **TOTAL RENT REVENUE** | **-1,118,552.61** | **-198.10** | **-3,429,658.03** | **-361.09** |
| **TOTAL RENTAL INCOME** | **492,066.14** | **87.15** | **1,329,530.72** | **139.98** |
| **REIMBURSABLE EXPENSE INCOME** | | | | |
| Pet Fees | 0.00 | 0.00 | 25.00 | 0.00 |
| Pest Control | 8,085.00 | 1.43 | 13,613.00 | 1.43 |
| Trash Removal | 15,521.00 | 2.75 | 26,174.84 | 2.76 |
| Utility Electric | 17,717.08 | 3.14 | 27,485.08 | 2.89 |
| Utility Water | 66,969.79 | 11.86 | 115,883.21 | 12.20 |
| Administrative Fee | 5,128.25 | 0.91 | 8,250.80 | 0.87 |
| **TOTAL REIMBURSABLE EXPENSE INCOME** | **113,421.12** | **20.09** | **191,431.93** | **20.15** |
| **OTHER REVENUE** | | | | |
| Late Fees | 2,088.48 | 0.37 | 8,357.48 | 0.88 |
| Miscellaneous Income | 17,139.90 | 3.04 | 310,317.43 | 32.67 |
| Other Monthly Charges | -434.00 | -0.08 | -434.00 | -0.05 |
| **TOTAL OTHER REVENUE** | **18,794.38** | **3.33** | **318,240.91** | **33.51** |
| | | | | |
| **TOTAL REVENUE** | **624,281.64** | **110.56** | **1,839,203.56** | **193.64** |
| | | | | |
| **NON RECOVERABLE EXPENSES** | | | | |
| **GENERAL AND ADMINISTRATIVE** | | | | |
| Administrative Salaries | 30,466.00 | 5.40 | 92,460.80 | 9.73 |
| Administrative Taxes and Fees | 5,041.67 | 0.89 | 8,012.00 | 0.84 |
| Telephone | 581.85 | 0.10 | 1,331.92 | 0.14 |
| Office Supplies | 355.55 | 0.06 | 636.33 | 0.07 |
| Postage | 453.48 | 0.08 | 743.59 | 0.08 |
| Computers and Equipment | 18,226.28 | 3.23 | 23,489.95 | 2.47 |
| Association Dues | 875.00 | 0.16 | 875.00 | 0.09 |
| Misc Administrative | 1,726.69 | 0.31 | 1,726.69 | 0.18 |
| **TOTAL GENERAL AND ADMINISTRATIVE** | **57,726.52** | **10.22** | **129,276.28** | **13.61** |
| **UTILITY EXPENSES** | | | | |
| Electric Other | 19,503.74 | 3.45 | 56,350.52 | 5.93 |
| Gas Common Area | 4,923.95 | 0.87 | 6,405.03 | 0.67 |
| Gas Other | 1,405.30 | 0.25 | 1,405.30 | 0.15 |
| Water Common Area | 313,670.11 | 55.55 | 402,987.12 | 42.43 |
| Trash Removal | 8,550.00 | 1.51 | 8,550.00 | 0.90 |
| **TOTAL UTILITY EXPENSES** | **348,053.10** | **61.64** | **475,697.97** | **50.08** |
| **REPAIRS AND MAINTENANCE** | | | | |
| Maintenance Salaries | 4,908.26 | 0.87 | 8,451.18 | 0.89 |
| Maintenance Taxes and Fees | 990.58 | 0.18 | 1,583.53 | 0.17 |
| Landscaping Contract | 42,000.00 | 7.44 | 42,000.00 | 4.42 |

Wednesday, April 15, 2026
11:09 AM

Alabama Contour Properties - Portfolio (.nfalabm)                                                                Page 2

# Income Statement

Period = Mar 2026
Book = Cash ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| R M Electrical | 163.80 | 0.03 | 163.80 | 0.02 |
| R M Fire System | 500.00 | 0.09 | 500.00 | 0.05 |
| Supplies | 348.94 | 0.06 | 348.94 | 0.04 |
| **TOTAL REPAIRS AND MAINTENANCE** | **48,911.58** | **8.66** | **53,047.45** | **5.59** |
| **INSURANCE** | | | | |
| Insurance | 94,012.78 | 16.65 | 261,409.98 | 27.52 |
| **TOTAL INSURANCE** | **94,012.78** | **16.65** | **261,409.98** | **27.52** |
| **MANAGEMENT FEES** | | | | |
| Management Fee | 15,939.70 | 2.82 | 30,375.55 | 3.20 |
| **TOTAL MANAGEMENT FEES** | **15,939.70** | **2.82** | **30,375.55** | **3.20** |
| | | | | |
| **TOTAL NON RECOVERABLE OPERATING ...** | **564,643.68** | **100.00** | **949,807.23** | **100.00** |
| | | | | |
| **TOTAL EXPENSES** | **564,643.68** | **100.00** | **949,807.23** | **100.00** |
| | | | | |
| **NET OPERATING INCOME** | **59,637.96** | **10.56** | **889,396.33** | **93.64** |
| | | | | |
| **NON OPERATING EXPENSES** | | | | |
| Receivership Fees | 5,774.34 | 1.02 | 5,918.09 | 0.62 |
| Legal Fees | 18,018.09 | 3.19 | 18,018.09 | 1.90 |
| Misc Administrative | 1,702.34 | 0.30 | 2,161.10 | 0.23 |
| **TOTAL NON OPERATING EXPENSES** | **25,494.77** | **4.52** | **26,097.28** | **2.75** |
| **REALIZED GAIN LOSS** | | | | |
| Prior Year Expense / (Income) | -63,483.18 | -11.24 | -63,483.18 | -6.68 |
| **TOTAL REALIZED GAIN LOSS** | **-63,483.18** | **-11.24** | **-63,483.18** | **-6.68** |
| **NET INCOME** | **97,626.37** | **17.29** | **926,782.23** | **97.58** |

Alabama Contour Properties - Portfolio (.nfalabm) | Page 1

# Cash Flow Statement

Period = Mar 2026
Book = Cash ; Tree = mnt_cf2

| | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **NET INCOME** | -1,576,475.56 | -279.20 | -3,895,889.70 | -410.18 |
| | | | | |
| ADJUSTMENTS | | | | |
| Accounts Receivable | -2,724.50 | -0.48 | -2,724.50 | -0.29 |
| Other Deposits | -63,483.18 | -11.24 | -63,483.18 | -6.68 |
| | | | | |
| TOTAL ADJUSTMENTS | -66,207.68 | -11.73 | -66,207.68 | -6.97 |
| | | | | |
| CASH FLOW | -1,642,683.24 | -290.92 | -3,962,097.38 | -417.15 |

| Period to Date | Beginning Balance | Ending Balance | Difference |
|---|---:|---:|---:|
| Operating Cash 1 | 891,547.05 | 922,965.74 | 31,418.69 |
| Security Deposit | 0.00 | 0.00 | 0.00 |
| **Total Cash** | **891,547.05** | **922,965.74** | **31,418.69** |

| Year to Date | Beginning Balance | Ending Balance | Difference |
|---|---:|---:|---:|
| Operating Cash 1 | 62,391.19 | 922,965.74 | 860,574.55 |
| Security Deposit | 0.00 | 0.00 | 0.00 |
| **Total Cash** | **62,391.19** | **922,965.74** | **860,574.55** |

Wednesday, April 15, 2026
11:09 AM