FILED

2026 May-20  PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Exhibit A**
**Receiver's Monthly Financial Report (April 2026) (Pages 1-17)**

Case 2:25-cv-02136-GMB   Document 49-1   Filed 05/20/26   Page 1 of 18



# Farbman Group®

## FULL SERVICE REAL ESTATE SOLUTIONS

# Monthly Financial Report

## April 2026




## Alabama Contour Properties - Portfolio

**Property:**        Park at Buckingham - 114 Aspen Circle - Homewood, AL  35209
Park at Callington - 700 Aspen Drive - Birmingham, AL  35209
Park at Carlyle - 200 Robert Jemison Drive - Birmingham, AL  35209

**Property Type:**     Multifamily

**Year Built:**       Park at Buckingham - 1972
Park at Callington - 1978
Park at Carlyle - 1983

**Date Appointed:**  12/23/2025

**Rentable Sq Feet:**  Park at Buckingham- 461,193sqft/ 542 Units
Park at Callington - 482,518sqft/ 603 Units
Park at Carlyle - 576,278sqft/ 629 Units
Total: 1,520,089sqft/ 1,774 Units

**Court:**          US District Court for the No. District of AL S Dvision

**Judge:**          Hon. Gray M. Borden

**Receiver:**        Farbman Group

**Receiver's Counsel:**  Ryan Cochran of Epstein Becker & Green P.C.

**Plaintiff:**        Wells Fargo Bank, N.A.

**Defendant:**      The Park at Carlyle AL, LLC

**Case Number:**    2:25-cv-02136-GMB

**Managed By:**    Farbman Group

**Property Manager:**  Sanwan Lewis
Betty Booker

**Property Accountant**  Sarah Caley

**Leased By:**     Farbman Group

**Sold by:**        N/A

**Occupancy:**     The Park at Buckingham: 68.8%
The Park at Callington: 70.3%
The Park at Carlyle: 65.7%
Total: 68.2%

**Parking:**        The Park at Buckingham: 653 uncovered
The Park at Callington: 809 uncovered
The Park at Carlyle: 664 uncovered
Total: 2126 uncovered

**Financial Highlights:**  As of April 2026 the ending cash balance is: $611,795.63

The April 2026 Total Revenue was $557,425.58.   This reflects a favorable variance of $87,461.58 as it relates to the total revenue projection within the 2026 budget of $469,964.00.  See variance report for details.

The April 2026 Operating Expenses were $874,256.25.  This reflects an unfavorable variance of ($153,626.25) as it relates to the expense projection within the 2026 budget of $720,630.00.  See variance report for details.

The Year-to-Date Net Operating Income through April 2026 is $577,361.16.This reflects an unfavorable variance of ($66,164.67) as it relates to the Year-to-Date Net Operating Income  projections within the 2026 budget of $643,525.83. See variance report for details.

## Executive Dashboards



## Revenues

| | |
|---|---|
| Rent Revenue | 524,755 |
| Reimbursable Expense | 85,415 |
| Other Revenue | 15,695 |



## Operating Expenses

| | |
|---|---|
| Non-Recov General & Administrative | 52,014 |
| Non-Recov Utilities | 372,190 |
| Non-Recov Cleaning | 13,420 |
| Non-Recov Repairs & Maintenance | 291,455 |
| Non-Recov Security | 4,660 |
| Non-Recov Insurance | 87,306 |
| Non-Recov Taxes | 37,605 |
| Non-Recov Management Fees | 15,607 |

## Alabama Contour Properties - Portfolio

**_Surety Bond:_**                    Surety bond of $25,000 was posted 12/30/2025.

**_Filing of inventory:_**            Partial inventory lists including are completed and were submitted with the December report for all supplies and personal property outside of vacant units. A inventory of personal property in vacant units will be available with the next report Badillo Construction is schedule to start the inventory inspections on Monday May 8th.

**Leasing Activities**                Prospects are still being entered in Yardi 8 while awaiting futher instruction regarding application process.

**_Sales Activity:_**                 None to report.

**_Marketing Activity:_**             None to report.

**_Significant Tenant Issues:_**

Park at Buckingham                    As of 4/30/26, tenant delinquency is $869,486.92. Defendant was not pursuing collections or evictions. Evictions are starting now.

Park at Carlyle                       As of 4/30/26, tenant delinquent rent totals $1,942,180.58. The defendant was not pursuing rent collection or evictions. Evictions are beginning now.

Park at Callington                    As of 4/30/26, delinquent rent total $1,355,428.70. The defendant was not pursuing rent collection or eviction. Evictions are starting now.

**_Operational Issues:_**

Park at Buckingham                    Vacant units are currently being inspected for condition and security as well as inventory. The City of Homewood issued multiple violations against the property. The Receiver is working with management to remedy the City's concerns and are keeping the city apprised to their actions. Tenants are currently occupying units of concern, and will be relocated. The unit transfers for building 1-9 Aspen CV are nearly complete with two residents remaining who have not cooperated with management. One of the residents will be served a 30-notices from the attorney and the other resident file will be turned over for eviction May 2026.We anticipate relocation efforts for 1-9 Aspen CV to be complete soon. The City of Homewood is aware of the issue. Transfers for building 101 is complete. Building 107 transfers will start May 8th. Management is working with vendors to turn units in buildings safe for occupancy to relocate from buildings with structural or environmental concerns. There are significant potential environmental hazards impacting approximately 85 vacant units across the complex. Management will complete environmental testing and submit quotes for remediation. There are structural concerns regarding breezeways that are being investigated. Additional tenants may need to be relocated based on further findings. Management is prioritizing addressing the safety concerns as they may appear.

Park at Carlyle                       The property management and operation team have been walking vacancies, and processing move outs. After inspections, Alabama Power has been restoring power to units that do not present a fire hazard. Three buildings substained gutter damages from the storm that occured on April 29th-30th. The affected buildings are; 2400 Aspen Run, 1800 Aspen Run, and 800 Aspen Run. Property management obtained quotes to fix these gutters. The quote for each building ranges from $2,000 - $2,200. Management is currently seeking additional quotes for this project.

Park at Callington                    The property management and operation team have been walking vacancies, and processing move outs. After inspections, Alabama Power has been restoring power to units that do not present a fire hazard. Three buildings substained gutter damages from the storm that occured on April 29th-30th. The affected buildings are; 2400 Aspen Run, 1800 Aspen Run, and 800 Aspen Run. Property management obtained quotes to fix these gutters. The quote for each building ranges from $2,000 - $2,200. Management is currently seeking additional quotes for this project.

**_Capital Projects:_**               The Receiver and management are reviewing the assets for potential capital projects. This includes reviewing stalled construction projects, deferred maintenance, and the pending municipal violations against the buildings.

**_Real Estate Taxes:_**

Park at Buckingham                    2023 Taxes due $703,920.00
                                      2024 Taxes due $630,045.00
                                      2025 Taxes due $594,198.01
                                      Total interest and fees $190,454.97

Park at Carlyle                       2023 Taxes due $741,639.44
                                      2024 Taxes due $697,342.25
                                      2025 Taxes due $622,507.29
                                      Total interest and fees $177,967.28

| | |
|---|---|
| Park at Callington | 2023 Taxes due $704,355.74 |
| | 2024 Taxes due $669,610.51 |
| | 2025 Taxes due $572,658.89 |
| | Total interest and fees $201,681.61 |
| | |
| | Total outstanding taxes $5,936,277.13 |
| | |
| | Total outstanding taxes and fees $6,507,705.37 |
| | The Defendant and the County agreed to a settlement for the 2023 and 2024 assessments. The 2025 assessment was also challenged by the Defendant. |

**_Insurance:_**    The properties are insured by the Defendant through Rhodes Risk Advisors. The current policy term is 12/12/25 - 12/12/26. Copies of the insurance certificates are included with this report. As a result of a deficiency in the umbrella coverage, the Receiver bound coverage for an additional $1M of umbrella coverage. The Receiver is working with another agent on obtaining an alternative insurance quote.

**_Legal:_**

| | |
|---|---|
| 2:25-CV-00864 | Recinos et al v. Contour Callington AL, LLC et al. Filed 6/4/25 in N.D. Alabama. Fail Labor Standards Act Claim and failure to pay employyes for overtime wages. Judgement entered-$75,000 settlement plus $17,500 in fees and costs. Court to reconsider joint motion to settle on or before March 20, 2026. |
| 2:24-BK-01209 | In re Julius Lorenzo Parker. Filed 4/19/24 in Bankr. N.D. Alabama. Unpaid rent in the amount of $10,042.67. |
| 2:23-bk-00923 | In re Sharday Janay Amison. Filed 4/10/23 Bankr. N.D. Alabama. Creditor. |
| CV-2022-901460 | Stallworth, et. al. v. Contour Callington AL LLC et. al. Filed 5/20/22 in Circuit Court of Jefferson County. Plaintiff claims water intrusion and mold resulting in personal injury and property damage claims. Notice of settlement and request for pro ami hearing filed on 2/26/26. |
| DV-2025-908399 | Montogmery v. Contour Buckingham AL LLC. Filed 11/11/25 in District Court of Jefferson County. Plaintiff claims water intrustion, mold, mildew, and pest infestation resulting in personal injury and property damages. The Defendnat filed an answer on December 4, 2025. |
| | |
| Liens | There is a Mechanic's Lien against the Park at Callington in the amount of $24,570 plus interest. There are two Verified Statements of Lien against the Park at Buckingham that total $125,834.08 plus interest. |
| Collections | The Receiver retained R. Ryan Daugherty of Dentons to handle evictions and collections. Ryan previously was engaged by the Defendant in the same capacity. Ryan is continuing to represent the Receiver in the currently pending litigation. A copy of the engagement is included in this report. |
| Motion for Show-Cause | The Receiver is still missing documentation from the Defendnat. Receiver's counsel sent a formal letter to Defendant's counsel requesting the turnover of the missing documentation. If the documents are not turned over, the Receiver plans to file a motion for show-cause in early April. |
| | The Receiver retained R. Ryan Daugherty of Dentons to handle evictions and collections. Ryan previously was engaged by the Defendant in the same capacity. Ryan is continuing to represent the Receiver in the currently pending litigation. |

**_Receivership Fees:_**    1% of the monthly gross revenue from the facilities.
April receivership fees $5,574.26.

**_Protective Advances:_**    None to report.

Alabama Contour Properties - Portfolio (.nfalabm)                                    Page 1

# Balance Sheet

Period = Apr 2026
Book = Cash ; Tree = ysi_bs

|  | **Current Balance** |
|---|---:|
| **ASSETS** | |
| **CASH** | |
| Operating Cash 1 | 611,795.63 |
| **TOTAL CASH** | **611,795.63** |
| **ACCOUNTS RECEIVABLE** | |
| **TOTAL ACCOUNTS RECEIVABLE** | **0.00** |
| **OTHER ASSETS** | |
| Other Deposits | 63,483.18 |
| **TOTAL OTHER ASSETS** | **63,483.18** |
| **TOTAL ASSETS** | **675,278.81** |
| **LIABILITIES AND CAPITAL** | |
| **CAPITAL** | |
| Retained Earnings | 675,278.81 |
| **TOTAL CAPITAL** | **675,278.81** |
| **TOTAL LIABILITIES AND CAPITAL** | **675,278.81** |

Wednesday, May 20, 2026
02:28 PM

Alabama Contour Properties - Portfolio (.nfalabm)                                                                     Page 1

# Income Statement

Period = Apr 2026
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---:|---:|---:|---:|
| **INCOME** | | | | |
| **OPERATING REVENUE** | | | | |
| **REVENUE** | | | | |
| **RENTAL INCOME** | | | | |
| **GROSS POTENTIAL RENT** | | | | |
| Market Rent | 1,979,578.00 | 255.18 | 7,918,312.00 | 458.88 |
| Loss-Gain to Lease | -345,086.25 | -44.48 | -1,524,631.50 | -88.36 |
| **TOTAL GROSS POTENTIAL RENT** | **1,634,491.75** | **210.70** | **6,393,680.50** | **370.53** |
| **RENT REVENUE** | | | | |
| Base Rent | -719.00 | -0.09 | 53,899.42 | 3.12 |
| Less Vacancy | -636,902.00 | -82.10 | -3,110,246.87 | -180.25 |
| Less Concessions | -5,187.00 | -0.67 | -5,302.00 | -0.31 |
| Less Delinquencies | -467,647.98 | -60.28 | -1,628,618.91 | -94.38 |
| Plus Prepaid Rent | -68,439.19 | -8.82 | 84,011.16 | 4.87 |
| **TOTAL RENT REVENUE** | **-1,178,895.17** | **-151.97** | **-4,606,257.20** | **-266.94** |
| **TOTAL RENTAL INCOME** | **455,596.58** | **58.73** | **1,787,423.30** | **103.58** |
| **REIMBURSABLE EXPENSE INCOME** | | | | |
| Pet Fees | -15.00 | 0.00 | 10.00 | 0.00 |
| Pest Control | 6,044.00 | 0.78 | 19,667.00 | 1.14 |
| Trash Removal | 9,108.00 | 1.17 | 35,282.84 | 2.04 |
| Utility Electric | 13,060.00 | 1.68 | 40,545.08 | 2.35 |
| Utility Water | 52,078.50 | 6.71 | 168,067.71 | 9.74 |
| Administrative Fee | 4,164.75 | 0.54 | 12,431.55 | 0.72 |
| Repairs Reimbursement | -150.00 | -0.02 | -150.00 | -0.01 |
| Convenience Fee | 0.50 | 0.00 | 0.50 | 0.00 |
| Buy Out Fees | 1,124.00 | 0.14 | 1,124.00 | 0.07 |
| **TOTAL REIMBURSABLE EXPENSE INCOME** | **85,414.75** | **11.01** | **276,978.68** | **16.05** |
| **OTHER REVENUE** | | | | |
| Application Fees | -45.00 | -0.01 | -45.00 | 0.00 |
| Late Fees | 1,117.00 | 0.14 | 9,474.48 | 0.55 |
| Miscellaneous Income | 12,335.25 | 1.59 | 325,000.18 | 18.83 |
| Other Monthly Charges | 2,288.00 | 0.29 | 1,874.00 | 0.11 |
| **TOTAL OTHER REVENUE** | **15,695.25** | **2.02** | **336,303.66** | **19.49** |
| **TOTAL REVENUE** | **556,706.58** | **71.76** | **2,400,705.64** | **139.13** |
| **NON RECOVERABLE EXPENSES** | | | | |
| **GENERAL AND ADMINISTRATIVE** | | | | |
| Administrative Salaries | 40,853.32 | 5.27 | 133,314.12 | 7.73 |
| Administrative Benefits | 1,262.27 | 0.16 | 1,262.27 | 0.07 |
| Administrative Taxes and Fees | 6,047.86 | 0.78 | 14,059.86 | 0.81 |
| Telephone | 672.20 | 0.09 | 2,004.12 | 0.12 |
| Office Supplies | 3,063.75 | 0.39 | 3,700.08 | 0.21 |
| Postage | 114.97 | 0.01 | 858.56 | 0.05 |
| Computers and Equipment | 0.00 | 0.00 | 23,489.95 | 1.36 |
| Association Dues | 0.00 | 0.00 | 875.00 | 0.05 |
| Misc Administrative | 0.00 | 0.00 | 1,726.69 | 0.10 |
| **TOTAL GENERAL AND ADMINISTRATIVE** | **52,014.37** | **6.70** | **181,290.65** | **10.51** |
| **UTILITY EXPENSES** | | | | |
| Electric Other | 39,963.58 | 5.15 | 96,314.10 | 5.58 |
| Gas Common Area | 1,405.30 | 0.18 | 7,810.33 | 0.45 |
| Gas Other | -1,405.30 | -0.18 | 0.00 | 0.00 |
| Water Common Area | 253,820.81 | 32.72 | 656,807.93 | 38.06 |
| Trash Removal | 78,405.18 | 10.11 | 86,955.18 | 5.04 |

Alabama Contour Properties - Portfolio (.nfalabm)                                                                    Page 2

# Income Statement

Period = Apr 2026
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **TOTAL UTILITY EXPENSES** | **372,189.57** | **47.98** | **847,887.54** | **49.14** |
| **CLEANING** | | | | |
| Janitorial | 13,420.00 | 1.73 | 13,420.00 | 0.78 |
| **TOTAL CLEANING** | **13,420.00** | **1.73** | **13,420.00** | **0.78** |
| **REPAIRS AND MAINTENANCE** | | | | |
| Maintenance Salaries | 16,091.71 | 2.07 | 24,542.89 | 1.42 |
| Maintenance Taxes and Fees | 3,231.09 | 0.42 | 4,814.62 | 0.28 |
| Locks and Keys | 916.67 | 0.12 | 916.67 | 0.05 |
| Landscaping Contract | 21,000.00 | 2.71 | 63,000.00 | 3.65 |
| R M HVAC | 5,900.00 | 0.76 | 5,900.00 | 0.34 |
| R M Interior  Common Area | 3,760.00 | 0.48 | 3,760.00 | 0.22 |
| R M Roof | 8,400.00 | 1.08 | 8,400.00 | 0.49 |
| R M Electrical | 5,560.00 | 0.72 | 5,723.80 | 0.33 |
| R M Plumbing | 58,227.46 | 7.51 | 58,227.46 | 3.37 |
| R M Unit Turns | 67,129.32 | 8.65 | 67,129.32 | 3.89 |
| R M Fire System | 0.00 | 0.00 | 500.00 | 0.03 |
| Supplies | 2,738.36 | 0.35 | 3,087.30 | 0.18 |
| **TOTAL REPAIRS AND MAINTENANCE** | **192,954.61** | **24.87** | **246,002.06** | **14.26** |
| **SECURITY** | | | | |
| Security | 4,660.00 | 0.60 | 4,660.00 | 0.27 |
| **TOTAL SECURITY** | **4,660.00** | **0.60** | **4,660.00** | **0.27** |
| **INSURANCE** | | | | |
| Insurance | 87,305.72 | 11.25 | 348,715.70 | 20.21 |
| **TOTAL INSURANCE** | **87,305.72** | **11.25** | **348,715.70** | **20.21** |
| **REAL ESTATE AND OTHER TAXES** | | | | |
| Other Taxes | 37,604.94 | 4.85 | 37,604.94 | 2.18 |
| **TOTAL REAL ESTATE AND OTHER TAXES** | **37,604.94** | **4.85** | **37,604.94** | **2.18** |
| **MANAGEMENT FEES** | | | | |
| Management Fee | 15,607.04 | 2.01 | 45,982.59 | 2.66 |
| **TOTAL MANAGEMENT FEES** | **15,607.04** | **2.01** | **45,982.59** | **2.66** |
| | | | | |
| **TOTAL NON RECOVERABLE OPERATING ...** | **775,756.25** | **100.00** | **1,725,563.48** | **100.00** |
| | | | | |
| **TOTAL EXPENSES** | **775,756.25** | **100.00** | **1,725,563.48** | **100.00** |
| | | | | |
| **NET OPERATING INCOME** | **-219,049.67** | **-28.24** | **675,142.16** | **39.13** |
| | | | | |
| **NON OPERATING EXPENSES** | | | | |
| Receivership Fees | 6,375.88 | 0.82 | 12,293.97 | 0.71 |
| Legal Fees | 0.00 | 0.00 | 18,018.09 | 1.04 |
| Professional Fees | 2,696.00 | 0.35 | 2,696.00 | 0.16 |
| Misc Administrative | 1,161.48 | 0.15 | 3,322.58 | 0.19 |
| **TOTAL NON OPERATING EXPENSES** | **10,233.36** | **1.32** | **36,330.64** | **2.11** |
| **REALIZED GAIN LOSS** | | | | |
| Tax Basis Expenses | 98,500.00 | 12.70 | 98,500.00 | 5.71 |
| Prior Year Expense / (Income) | -9,092.92 | -1.17 | -72,576.10 | -4.21 |
| **TOTAL REALIZED GAIN LOSS** | **89,407.08** | **11.53** | **25,923.90** | **1.50** |
| **NET INCOME** | **-318,690.11** | **-41.08** | **612,887.62** | **35.52** |

Alabama Contour Properties - Portfolio (.nfalabm)                                                                                              Page 1

# Budget Comparison

Period = Apr 2026
Book = Cash ; Tree = ysi_is

|  | PTD Actual | PTD Budget | Variance | % Var | YTD Actual | YTD Budget | Variance | % Var | Annual |
|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | |
| **OPERATING REVENUE** | | | | | | | | | |
| **REVENUE** | | | | | | | | | |
| RENTAL INCOME | | | | | | | | | |
| GROSS POTENTIAL RENT | | | | | | | | | |
| Market Rent | 1,979,578.00 | 1,979,578.00 | 0.00 | 0.00 | 7,918,312.00 | 7,918,312.00 | 0.00 | 0.00 | 23,754,936.00 |
| Loss-Gain to Lease | -345,086.25 | -401,377.00 | 56,290.75 | 14.02 | -1,524,631.50 | -1,580,922.25 | 56,290.75 | 3.56 | -4,445,559.25 |
| TOTAL GROSS POTENTIAL RENT | 1,634,491.75 | 1,578,201.00 | 56,290.75 | 3.57 | 6,393,680.50 | 6,337,389.75 | 56,290.75 | 0.89 | 19,309,376.75 |
| RENT REVENUE | | | | | | | | | |
| Base Rent | -719.00 | 0.00 | -719.00 | N/A | 53,899.42 | 54,618.42 | -719.00 | -1.32 | 54,618.42 |
| Less Vacancy | -636,902.00 | -902,979.00 | 266,077.00 | 29.47 | -3,110,246.87 | -3,376,323.87 | 266,077.00 | 7.88 | -11,441,812.87 |
| Less Concessions | -5,187.00 | -5,117.00 | -70.00 | -1.37 | -5,302.00 | -5,232.00 | -70.00 | -1.34 | -5,232.00 |
| Less Delinquencies | -467,647.98 | -337,778.00 | -129,869.98 | -38.45 | -1,628,618.91 | -1,498,748.93 | -129,869.98 | -8.67 | -3,892,885.93 |
| Less Rent Abatement | 0.00 | -6,168.00 | 6,168.00 | 100.00 | 0.00 | -6,168.00 | 6,168.00 | 100.00 | -157,544.00 |
| Plus Prepaid Rent | -68,439.19 | 0.00 | -68,439.19 | N/A | 84,011.16 | 152,450.35 | -68,439.19 | -44.89 | 152,450.35 |
| TOTAL RENT REVENUE | -1,178,895.17 | -1,252,042.00 | 73,146.83 | 5.84 | -4,606,257.20 | -4,679,404.03 | 73,146.83 | 1.56 | -15,290,406.03 |
| TOTAL RENTAL INCOME | 455,596.58 | 326,159.00 | 129,437.58 | 39.69 | 1,787,423.30 | 1,657,985.72 | 129,437.58 | 7.81 | 4,018,970.72 |
| REIMBURSABLE EXPENSE INCOME | | | | | | | | | |
| Pet Fees | -15.00 | 0.00 | -15.00 | N/A | 10.00 | 25.00 | -15.00 | -60.00 | 25.00 |
| Pest Control | 6,044.00 | 8,000.00 | -1,956.00 | -24.45 | 19,667.00 | 21,623.00 | -1,956.00 | -9.05 | 78,923.00 |
| Trash Removal | 9,108.00 | 20,300.00 | -11,192.00 | -55.13 | 35,282.84 | 46,474.84 | -11,192.00 | -24.08 | 201,374.84 |
| Utility Electric | 13,060.00 | 14,900.00 | -1,840.00 | -12.35 | 40,545.08 | 42,385.08 | -1,840.00 | -4.34 | 155,885.08 |
| Utility Water | 52,078.50 | 81,200.00 | -29,121.50 | -35.86 | 168,067.71 | 197,189.21 | -29,121.50 | -14.77 | 715,289.21 |
| Administrative Fee | 4,164.75 | 6,850.00 | -2,685.25 | -39.20 | 12,431.55 | 15,116.80 | -2,685.25 | -17.76 | 67,987.80 |
| Repairs Reimbursement | -150.00 | 0.00 | -150.00 | N/A | -150.00 | 0.00 | -150.00 | N/A | 0.00 |
| Convenience Fee | 0.50 | 0.00 | 0.50 | N/A | 0.50 | 0.00 | 0.50 | N/A | 0.00 |
| Buy Out Fees | 1,124.00 | 0.00 | 1,124.00 | N/A | 1,124.00 | 0.00 | 1,124.00 | N/A | 0.00 |
| TOTAL REIMBURSABLE EXPENSE INCOME | 85,414.75 | 131,250.00 | -45,835.25 | -34.92 | 276,978.68 | 322,813.93 | -45,835.25 | -14.20 | 1,219,484.93 |
| OTHER REVENUE | | | | | | | | | |
| Application Fees | -45.00 | 0.00 | -45.00 | N/A | -45.00 | 0.00 | -45.00 | N/A | 0.00 |
| Late Fees | 1,117.00 | 1,500.00 | -383.00 | -25.53 | 9,474.48 | 9,857.48 | -383.00 | -3.89 | 21,857.48 |
| Miscellaneous Income | 12,335.25 | 11,055.00 | 1,280.25 | 11.58 | 325,000.18 | 323,719.93 | 1,280.25 | 0.40 | 343,719.93 |
| Other Monthly Charges | 2,288.00 | 0.00 | 2,288.00 | N/A | 1,874.00 | -414.00 | 2,288.00 | 552.66 | -414.00 |
| TOTAL OTHER REVENUE | 15,695.25 | 12,555.00 | 3,140.25 | 25.01 | 336,303.66 | 333,163.41 | 3,140.25 | 0.94 | 365,163.41 |
| **TOTAL REVENUE** | 556,706.58 | 469,964.00 | 86,742.58 | 18.46 | 2,400,705.64 | 2,313,963.06 | 86,742.58 | 3.75 | 5,603,619.06 |

**NON RECOVERABLE EXPENSES**

GENERAL AND ADMINISTRATIVE

Alabama Contour Properties - Portfolio (.nfalabm)                                                                                          Page 2

## Budget Comparison

Period = Apr 2026
Book = Cash ; Tree = ysi_is

| | PTD Actual | PTD Budget | Variance | % Var | YTD Actual | YTD Budget | Variance | % Var | Annual |
|---|---|---|---|---|---|---|---|---|---|
| Administrative Salaries | 40,853.32 | 40,358.00 | -495.32 | -1.23 | 133,314.12 | 132,818.80 | -495.32 | -0.37 | 518,814.80 |
| Administrative Benefits | 1,262.27 | 3,207.00 | 1,944.73 | 60.64 | 1,262.27 | 3,207.00 | 1,944.73 | 60.64 | 40,977.00 |
| Administrative Taxes and Fees | 6,047.86 | 6,705.00 | 657.14 | 9.80 | 14,059.86 | 14,717.00 | 657.14 | 4.47 | 89,373.00 |
| Telephone | 672.20 | 750.00 | 77.80 | 10.37 | 2,004.12 | 2,081.92 | 77.80 | 3.74 | 8,081.92 |
| Office Supplies | 3,063.75 | 2,250.00 | -813.75 | -36.17 | 3,700.08 | 2,886.33 | -813.75 | -28.19 | 7,386.33 |
| Postage | 114.97 | 0.00 | -114.97 | N/A | 858.56 | 743.59 | -114.97 | -15.46 | 1,643.59 |
| Computers and Equipment | 0.00 | 3,150.00 | 3,150.00 | 100.00 | 23,489.95 | 26,639.95 | 3,150.00 | 11.82 | 57,839.95 |
| License Fees and Permits | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 40,692.00 |
| Association Dues | 0.00 | 0.00 | 0.00 | N/A | 875.00 | 875.00 | 0.00 | 0.00 | 875.00 |
| Misc Administrative | 0.00 | 0.00 | 0.00 | N/A | 1,726.69 | 1,726.69 | 0.00 | 0.00 | 1,726.69 |
| **TOTAL GENERAL AND ADMINISTRATIVE** | **52,014.37** | **56,420.00** | **4,405.63** | **7.81** | **181,290.65** | **185,696.28** | **4,405.63** | **2.37** | **767,410.28** |
| **UTILITY EXPENSES** | | | | | | | | | |
| Electric Other | 39,963.58 | 59,000.00 | 19,036.42 | 32.27 | 96,314.10 | 115,350.52 | 19,036.42 | 16.50 | 587,350.52 |
| Gas Common Area | 1,405.30 | 4,200.00 | 2,794.70 | 66.54 | 7,810.33 | 10,605.03 | 2,794.70 | 26.35 | 44,205.03 |
| Gas Other | -1,405.30 | 0.00 | 1,405.30 | N/A | 0.00 | 1,405.30 | 1,405.30 | 100.00 | 1,405.30 |
| Water Common Area | 253,820.81 | 157,000.00 | -96,820.81 | -61.67 | 656,807.93 | 559,987.12 | -96,820.81 | -17.29 | 1,815,987.12 |
| Trash Removal | 78,405.18 | 44,239.00 | -34,166.18 | -77.23 | 86,955.18 | 52,789.00 | -34,166.18 | -64.72 | 300,789.00 |
| **TOTAL UTILITY EXPENSES** | **372,189.57** | **264,439.00** | **-107,750.57** | **-40.75** | **847,887.54** | **740,136.97** | **-107,750.57** | **-14.56** | **2,749,736.97** |
| **CLEANING** | | | | | | | | | |
| Janitorial | 13,420.00 | 17,700.00 | 4,280.00 | 24.18 | 13,420.00 | 17,700.00 | 4,280.00 | 24.18 | 86,100.00 |
| Janitorial Supplies | 0.00 | 1,033.00 | 1,033.00 | 100.00 | 0.00 | 1,033.00 | 1,033.00 | 100.00 | 9,297.00 |
| **TOTAL CLEANING** | **13,420.00** | **18,733.00** | **5,313.00** | **28.36** | **13,420.00** | **18,733.00** | **5,313.00** | **28.36** | **95,397.00** |
| **REPAIRS AND MAINTENANCE** | | | | | | | | | |
| Maintenance Salaries | 16,091.71 | 22,750.00 | 6,658.29 | 29.27 | 24,542.89 | 31,201.18 | 6,658.29 | 21.34 | 364,211.18 |
| Maintenance Benefits | 0.00 | 1,821.00 | 1,821.00 | 100.00 | 0.00 | 1,821.00 | 1,821.00 | 100.00 | 34,671.00 |
| Maintenance Taxes and Fees | 3,231.09 | 4,550.00 | 1,318.91 | 28.99 | 4,814.62 | 6,133.53 | 1,318.91 | 21.50 | 64,735.53 |
| Uniforms | 0.00 | 1,500.00 | 1,500.00 | 100.00 | 0.00 | 1,500.00 | 1,500.00 | 100.00 | 3,000.00 |
| Locks and Keys | 916.67 | 1,575.00 | 658.33 | 41.80 | 916.67 | 1,575.00 | 658.33 | 41.80 | 13,575.00 |
| Landscaping Contract | 21,000.00 | 21,000.00 | 0.00 | 0.00 | 63,000.00 | 63,000.00 | 0.00 | 0.00 | 231,000.00 |
| R M HVAC | 5,900.00 | 18,000.00 | 12,100.00 | 67.22 | 5,900.00 | 18,000.00 | 12,100.00 | 67.22 | 162,000.00 |
| R M Exterior | 0.00 | 17,500.00 | 17,500.00 | 100.00 | 0.00 | 17,500.00 | 17,500.00 | 100.00 | 563,000.00 |
| R M Interior  Common Area | 3,760.00 | 400.00 | -3,360.00 | -840.00 | 3,760.00 | 400.00 | -3,360.00 | -840.00 | 692,521.00 |
| R M Roof | 8,400.00 | 12,500.00 | 4,100.00 | 32.80 | 8,400.00 | 12,500.00 | 4,100.00 | 32.80 | 62,500.00 |
| R M Electrical | 5,560.00 | 9,000.00 | 3,440.00 | 38.22 | 5,723.80 | 9,163.80 | 3,440.00 | 37.54 | 81,163.80 |
| R M Structural | 0.00 | 15,300.00 | 15,300.00 | 100.00 | 0.00 | 15,300.00 | 15,300.00 | 100.00 | 236,200.00 |
| R M Plumbing | 58,227.46 | 45,648.00 | -12,579.46 | -27.56 | 58,227.46 | 45,648.00 | -12,579.46 | -27.56 | 141,648.00 |
| R M Unit Turns | 67,129.32 | 91,184.00 | 24,054.68 | 26.38 | 67,129.32 | 91,184.00 | 24,054.68 | 26.38 | 655,856.00 |
| R M Doors and Windows | 0.00 | 3,000.00 | 3,000.00 | 100.00 | 0.00 | 3,000.00 | 3,000.00 | 100.00 | 27,000.00 |
| R M Fire System | 0.00 | 650.00 | 650.00 | 100.00 | 500.00 | 1,150.00 | 650.00 | 56.52 | 18,750.00 |
| Fire  Life Safety | 0.00 | 1,300.00 | 1,300.00 | 100.00 | 0.00 | 1,300.00 | 1,300.00 | 100.00 | 6,500.00 |

Alabama Contour Properties - Portfolio (.nfalabm)    Page 3

## Budget Comparison

Period = Apr 2026
Book = Cash ; Tree = ysi_is

| | PTD Actual | PTD Budget | Variance | % Var | YTD Actual | YTD Budget | Variance | % Var | Annual |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Pest Control | 0.00 | 2,600.00 | 2,600.00 | 100.00 | 0.00 | 2,600.00 | 2,600.00 | 100.00 | 23,400.00 |
| Supplies | 2,738.36 | 1,704.00 | -1,034.36 | -60.70 | 3,087.30 | 2,052.94 | -1,034.36 | -50.38 | 2,052.94 |
| **TOTAL REPAIRS AND MAINTENANCE** | **192,954.61** | **271,982.00** | **79,027.39** | **29.06** | **246,002.06** | **325,029.45** | **79,027.39** | **24.31** | **3,383,784.45** |
| **SECURITY** | | | | | | | | | |
| Security | 4,660.00 | 10,000.00 | 5,340.00 | 53.40 | 4,660.00 | 10,000.00 | 5,340.00 | 53.40 | 90,000.00 |
| **TOTAL SECURITY** | **4,660.00** | **10,000.00** | **5,340.00** | **53.40** | **4,660.00** | **10,000.00** | **5,340.00** | **53.40** | **90,000.00** |
| **INSURANCE** | | | | | | | | | |
| Insurance | 87,305.72 | 87,306.00 | 0.28 | 0.00 | 348,715.70 | 348,715.98 | 0.28 | 0.00 | 987,107.98 |
| **TOTAL INSURANCE** | **87,305.72** | **87,306.00** | **0.28** | **0.00** | **348,715.70** | **348,715.98** | **0.28** | **0.00** | **987,107.98** |
| **REAL ESTATE AND OTHER TAXES** | | | | | | | | | |
| Real Property Taxes | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 1,829,543.62 |
| Other Taxes | 37,604.94 | 0.00 | -37,604.94 | N/A | 37,604.94 | 0.00 | -37,604.94 | N/A | 0.00 |
| **TOTAL REAL ESTATE AND OTHER TAXES** | **37,604.94** | **0.00** | **-37,604.94** | **N/A** | **37,604.94** | **0.00** | **-37,604.94** | **N/A** | **1,829,543.62** |
| **MANAGEMENT FEES** | | | | | | | | | |
| Management Fee | 15,607.04 | 11,750.00 | -3,857.04 | -32.83 | 45,982.59 | 42,125.55 | -3,857.04 | -9.16 | 124,365.55 |
| **TOTAL MANAGEMENT FEES** | **15,607.04** | **11,750.00** | **-3,857.04** | **-32.83** | **45,982.59** | **42,125.55** | **-3,857.04** | **-9.16** | **124,365.55** |
| **NR LEASING AND MARKETING** | | | | | | | | | |
| Advertising | 0.00 | 0.00 | 0.00 | N/A | 0.00 | 0.00 | 0.00 | N/A | 6,000.00 |
| **TOTAL NR LEASING AND MARKETING** | **0.00** | **0.00** | **0.00** | **N/A** | **0.00** | **0.00** | **0.00** | **N/A** | **6,000.00** |
| **TOTAL NON RECOVERABLE OPERATING E...** | **775,756.25** | **720,630.00** | **-55,126.25** | **-7.65** | **1,725,563.48** | **1,670,437.23** | **-55,126.25** | **-3.30** | **10,033,345.85** |
| **TOTAL EXPENSES** | **775,756.25** | **720,630.00** | **-55,126.25** | **-7.65** | **1,725,563.48** | **1,670,437.23** | **-55,126.25** | **-3.30** | **10,033,345.85** |
| **NET OPERATING INCOME** | **-219,049.67** | **-250,666.00** | **31,616.33** | **12.61** | **675,142.16** | **643,525.83** | **31,616.33** | **4.91** | **-4,429,726.79** |
| **NON OPERATING EXPENSES** | | | | | | | | | |
| Receivership Fees | 6,375.88 | 4,700.00 | -1,675.88 | -35.66 | 12,293.97 | 10,618.09 | -1,675.88 | -15.78 | 43,515.09 |
| Legal Fees | 0.00 | 6,243.00 | 6,243.00 | 100.00 | 18,018.09 | 24,261.09 | 6,243.00 | 25.73 | 270,058.09 |
| Professional Fees | 2,696.00 | 0.00 | -2,696.00 | N/A | 2,696.00 | 0.00 | -2,696.00 | N/A | 0.00 |
| Misc Administrative | 1,161.48 | 970.00 | -191.48 | -19.74 | 3,322.58 | 3,131.10 | -191.48 | -6.12 | 10,891.10 |
| **TOTAL NON OPERATING EXPENSES** | **10,233.36** | **11,913.00** | **1,679.64** | **14.10** | **36,330.64** | **38,010.28** | **1,679.64** | **4.42** | **324,464.28** |
| **REALIZED GAIN LOSS** | | | | | | | | | |
| Tax Basis Expenses | 98,500.00 | 0.00 | -98,500.00 | N/A | 98,500.00 | 0.00 | -98,500.00 | N/A | 0.00 |
| Prior Year Expense / (Income) | -9,092.92 | 0.00 | 9,092.92 | N/A | -72,576.10 | -63,483.18 | 9,092.92 | 14.32 | -63,483.18 |
| **TOTAL REALIZED GAIN LOSS** | **89,407.08** | **0.00** | **-89,407.08** | **N/A** | **25,923.90** | **-63,483.18** | **-89,407.08** | **-140.84** | **-63,483.18** |
| **NET INCOME** | **-318,690.11** | **-262,579.00** | **-56,111.11** | **-21.37** | **612,887.62** | **668,998.73** | **-56,111.11** | **-8.39** | **-4,690,707.89** |

Wednesday, May 20, 2026
02:28 PM

# Cash Flow Statement

Period = Apr 2026
Book = Cash ; Tree = mnt_cf2

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **NET INCOME** | -1,962,274.78 | -252.95 | -5,853,368.98 | -339.21 |
| | | | | |
| ADJUSTMENTS | | | | |
| Accounts Receivable | 2,724.50 | 0.35 | 0.00 | 0.00 |
| Other Deposits | 0.00 | 0.00 | -63,483.18 | -3.68 |
| | | | | |
| TOTAL ADJUSTMENTS | 2,724.50 | 0.35 | -63,483.18 | -3.68 |
| | | | | |
| CASH FLOW | -1,959,550.28 | -252.60 | -5,916,852.16 | -342.89 |

| Period to Date | Beginning Balance | Ending Balance | Difference |
|---|---|---|---|
| Operating Cash 1 | 927,761.24 | 611,795.63 | -315,965.61 |
| Security Deposit | 0.00 | 0.00 | 0.00 |
| **Total Cash** | **927,761.24** | **611,795.63** | **-315,965.61** |

| Year to Date | Beginning Balance | Ending Balance | Difference |
|---|---|---|---|
| Operating Cash 1 | 62,391.19 | 611,795.63 | 549,404.44 |
| Security Deposit | 0.00 | 0.00 | 0.00 |
| **Total Cash** | **62,391.19** | **611,795.63** | **549,404.44** |

AA **Cash Flow Reforecast**

| | |
|---|---|
| **Property** | .nfalabm - Alabama Contour Properties - Portfolio |
| **Reforecast Book** | 2026 Reforecast |
| **Cash Book** | Cash |
| **Budget Dates** | 01/2026 - 12/2026 |
| **Forecast Month** | 04/2026 |
| **Tree** | ysi_bf |

| | Actual 01/2026 | Actual 02/2026 | Actual 03/2026 | Actual 04/2026 | Forecast 05/2026 | Forecast 06/2026 | Forecast 07/2026 | Forecast 08/2026 | Forecast 09/2026 | Forecast 10/2026 | Forecast 11/2026 | Forecast 12/2026 | Total | Original Budget | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | | | | |
| **OPERATING REVENUE** | | | | | | | | | | | | | | | |
| **REVENUE** | | | | | | | | | | | | | | | |
| RENTAL INCOME | | | | | | | | | | | | | | | |
| GROSS POTENTIAL RENT | | | | | | | | | | | | | | | |
| Market Rent | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 1,979,578.00 | 23,754,936.00 | 23,754,936.00 | - |
| Loss-Gain to Lease | (418,173.50) | (392,412.50) | (368,959.25) | (345,086.25) | (391,359.00) | (382,356.00) | (372,766.00) | (363,004.00) | (353,982.00) | (344,082.00) | (334,335.00) | (322,753.00) | (4,389,268.50) | (4,445,559.25) | 56,290.75 |
| TOTAL GROSS POTENTIAL RENT | 1,561,404.50 | 1,587,165.50 | 1,610,618.75 | 1,634,491.75 | 1,588,219.00 | 1,597,222.00 | 1,606,812.00 | 1,616,574.00 | 1,625,596.00 | 1,635,496.00 | 1,645,243.00 | 1,656,825.00 | 19,365,667.50 | 19,309,376.75 | 56,290.75 |
| RENT REVENUE | | | | | | | | | | | | | | | |
| Base Rent | 17,734.02 | 35,236.40 | 1,648.00 | (719.00) | - | - | - | - | - | - | - | - | 53,899.42 | 54,618.42 | (719.00) |
| Less Vacancy | (1,165,604.29) | (707,225.50) | (600,515.08) | (636,902.00) | (946,386.00) | (997,013.00) | (1,033,205.00) | (1,014,081.00) | (1,013,486.00) | (1,017,269.00) | (1,026,975.00) | (1,017,074.00) | ########### | (11,441,812.87) | 266,077.00 |
| Less Concessions | - | - | (115.00) | (5,187.00) | - | - | - | - | - | - | - | - | (5,302.00) | (5,232.00) | (70.00) |
| Less Delinquencies | (176,330.95) | (466,133.75) | (518,506.23) | (467,647.98) | (313,612.00) | (292,475.00) | (278,553.00) | (293,153.00) | (298,709.00) | (302,406.00) | (302,082.00) | (313,147.00) | (4,022,755.91) | (3,892,885.93) | (129,869.98) |
| Less Rent Abatement | - | - | - | - | (18,500.00) | (18,929.00) | (18,660.00) | (19,237.00) | (18,955.00) | (18,929.00) | (18,795.00) | (19,371.00) | (151,376.00) | (157,544.00) | 6,168.00 |
| Plus Prepaid Rent | 10,986.65 | 140,232.00 | 1,231.70 | (68,439.19) | - | - | - | - | - | - | - | - | 84,011.16 | 152,450.35 | (68,439.19) |
| TOTAL RENT REVENUE | (1,313,214.57) | (997,890.85) | (1,116,256.61) | (1,178,895.17) | (1,278,498.00) | (1,308,417.00) | (1,330,418.00) | (1,326,471.00) | (1,331,150.00) | (1,338,604.00) | (1,347,852.00) | (1,349,592.00) | ########### | (15,290,406.03) | 73,146.83 |
| TOTAL RENTAL INCOME | 248,189.93 | 589,274.65 | 494,362.14 | 455,596.58 | 309,721.00 | 288,805.00 | 276,394.00 | 290,103.00 | 294,446.00 | 296,892.00 | 297,391.00 | 307,233.00 | 4,148,408.30 | 4,018,970.72 | 129,437.58 |
| REIMBURSABLE EXPENSE INCOME | | | | | | | | | | | | | | | |
| Pet Fees | 25.00 | - | - | (15.00) | - | - | - | - | - | - | - | - | 10.00 | 25.00 | (15.00) |
| Pest Control | 2,134.00 | 3,394.00 | 8,095.00 | 6,044.00 | 7,200.00 | 7,000.00 | 6,800.00 | 7,100.00 | 7,200.00 | 7,200.00 | 7,200.00 | 7,600.00 | 76,967.00 | 78,923.00 | (1,956.00) |
| Trash Removal | - | 10,653.84 | 15,521.00 | 9,108.00 | 19,400.00 | 19,000.00 | 18,700.00 | 19,300.00 | 19,400.00 | 19,400.00 | 19,400.00 | 20,300.00 | 190,182.84 | 201,374.84 | (11,192.00) |
| Utility Electric | 3,935.00 | 5,833.00 | 17,717.08 | 13,060.00 | 14,000.00 | 13,800.00 | 13,400.00 | 14,200.00 | 14,400.00 | 14,300.00 | 14,600.00 | 14,800.00 | 154,045.08 | 155,885.08 | (1,840.00) |
| Utility Water | 19,721.42 | 29,192.00 | 67,075.79 | 52,078.50 | 69,200.00 | 64,200.00 | 61,700.00 | 62,200.00 | 62,200.00 | 64,200.00 | 66,200.00 | 68,200.00 | 686,167.71 | 715,289.21 | (29,121.50) |
| Administrative Fee | 1,529.30 | 1,593.25 | 5,144.25 | 4,164.75 | 6,750.00 | 6,650.00 | 6,650.00 | 6,650.00 | 6,650.00 | 6,650.00 | 6,650.00 | 6,221.00 | 65,302.55 | 67,987.80 | (2,685.25) |
| Repairs Reimbursement | - | - | - | (150.00) | - | - | - | - | - | - | - | - | (150.00) | - | (150.00) |
| Convenience Fee | - | - | - | 0.50 | - | - | - | - | - | - | - | - | 0.50 | - | 0.50 |
| Buy Out Fees | - | - | - | 1,124.00 | - | - | - | - | - | - | - | - | 1,124.00 | - | 1,124.00 |
| TOTAL REIMBURSABLE EXPENSE INCOME | 27,344.72 | 50,666.09 | 113,553.12 | 85,414.75 | 116,550.00 | 110,650.00 | 107,250.00 | 109,450.00 | 109,850.00 | 111,750.00 | 114,050.00 | 117,121.00 | 1,173,649.68 | 1,219,484.93 | (45,835.25) |
| OTHER REVENUE | | | | | | | | | | | | | | | |
| Application Fees | - | - | - | (45.00) | - | - | - | - | - | - | - | - | (45.00) | - | (45.00) |
| Late Fees | 4,352.00 | 1,917.00 | 2,088.48 | 1,117.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 21,474.48 | 21,857.48 | (383.00) |
| Miscellaneous Income | 293,177.53 | - | 19,487.40 | 12,335.25 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 345,000.18 | 343,719.93 | 1,280.25 |
| Other Monthly Charges | 4,369.84 | (4,369.84) | (414.00) | 2,288.00 | - | - | - | - | - | - | - | - | 1,874.00 | (414.00) | 2,288.00 |
| TOTAL OTHER REVENUE | 301,899.37 | (2,452.84) | 21,161.88 | 15,695.25 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 368,303.66 | 365,163.41 | 3,140.25 |
| TOTAL REVENUE | 577,434.02 | 637,487.90 | 629,077.14 | 556,706.58 | 430,271.00 | 403,455.00 | 387,644.00 | 403,553.00 | 408,296.00 | 412,642.00 | 415,441.00 | 428,354.00 | 5,690,361.64 | 5,603,619.06 | 86,742.58 |
| NON RECOVERABLE EXPENSES | | | | | | | | | | | | | | | |
| GENERAL AND ADMINISTRATIVE | | | | | | | | | | | | | | | |
| Administrative Salaries | - | 61,994.80 | 30,466.00 | 40,853.32 | 44,312.00 | 44,312.00 | 49,562.00 | 49,562.00 | 49,562.00 | 49,562.00 | 49,562.00 | 49,562.00 | 519,310.12 | 518,814.80 | (495.32) |
| Administrative Benefits | - | - | - | 1,262.27 | 3,602.00 | 4,432.00 | 4,956.00 | 4,956.00 | 4,956.00 | 4,956.00 | 4,956.00 | 4,956.00 | 39,032.27 | 40,977.00 | 1,944.73 |
| Administrative Taxes and Fees | - | 2,970.33 | 5,041.67 | 6,047.86 | 8,142.00 | 9,052.00 | 9,577.00 | 9,577.00 | 9,577.00 | 9,577.00 | 9,577.00 | 9,577.00 | 88,715.86 | 89,373.00 | 657.14 |
| Telephone | - | 750.07 | 581.85 | 672.20 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 750.00 | 8,004.12 | 8,081.92 | 77.80 |
| Office Supplies | - | 280.78 | 355.55 | 3,063.75 | - | - | 2,250.00 | - | - | 2,250.00 | - | - | 8,200.08 | 7,386.33 | (813.75) |
| Postage | - | 290.11 | 453.48 | 114.97 | 300.00 | - | - | 300.00 | - | - | 300.00 | - | 1,758.56 | 1,643.59 | (114.97) |
| Computers and Equipment | 4,073.79 | 1,189.88 | 18,226.28 | - | 9,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 3,150.00 | 54,689.95 | 57,839.95 | 3,150.00 |
| License Fees and Permits | - | - | - | - | 40,692.00 | - | - | - | - | - | - | - | 40,692.00 | 40,692.00 | - |
| Association Dues | - | - | 875.00 | - | - | - | - | - | - | - | - | - | 875.00 | 875.00 | - |
| Misc Administrative | - | - | 1,726.69 | - | - | - | - | - | - | - | - | - | 1,726.69 | 1,726.69 | - |
| TOTAL GENERAL AND ADMINISTRATIVE | 4,073.79 | 67,475.97 | 57,726.52 | 52,014.37 | 106,948.00 | 61,696.00 | 70,245.00 | 68,295.00 | 67,995.00 | 70,245.00 | 68,295.00 | 67,995.00 | 763,004.65 | 767,410.28 | 4,405.63 |
| UTILITY EXPENSES | | | | | | | | | | | | | | | |
| Electric Other | - | 36,846.78 | 19,503.74 | 39,963.58 | 59,000.00 | 59,000.00 | 59,000.00 | 59,000.00 | 59,000.00 | 59,000.00 | 59,000.00 | 59,000.00 | 568,314.10 | 587,350.52 | 19,036.42 |
| Gas Common Area | - | 1,481.08 | 4,923.95 | 1,405.30 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 41,410.33 | 44,205.03 | 2,794.70 |
| Gas Other | - | - | - | (1,405.30) | - | - | - | - | - | - | - | - | (1,405.30) | - | 1,405.30 |
| Water Common Area | - | 89,317.01 | 313,670.11 | 253,820.81 | 157,000.00 | 157,000.00 | 157,000.00 | 157,000.00 | 157,000.00 | 157,000.00 | 157,000.00 | 157,000.00 | 1,912,807.93 | 1,815,987.12 | (96,820.81) |
| Trash Removal | - | - | 8,550.00 | 78,405.18 | 31,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 31,000.00 | 334,955.18 | 300,789.00 | (34,166.18) |
| TOTAL UTILITY EXPENSES | - | 127,644.87 | 348,053.10 | 372,189.57 | 251,200.00 | 251,200.00 | 251,200.00 | 251,200.00 | 251,200.00 | 251,200.00 | 251,200.00 | 251,200.00 | 2,857,487.54 | 2,749,736.97 | (107,750.57) |
| CLEANING | | | | | | | | | | | | | | | |
| Janitorial | - | - | - | 13,420.00 | 8,550.00 | 8,550.00 | 8,550.00 | 8,550.00 | 8,550.00 | 8,550.00 | 8,550.00 | 8,550.00 | 81,820.00 | 86,100.00 | 4,280.00 |
| Janitorial Supplies | - | - | - | - | 1,033.00 | 1,033.00 | 1,033.00 | 1,033.00 | 1,033.00 | 1,033.00 | 1,033.00 | 1,033.00 | 8,264.00 | 9,297.00 | 1,033.00 |

AA **Cash Flow Reforecast**

| | |
|---|---|
| **Property** | .nfalabm - Alabama Contour Properties - Portfolio |
| **Reforecast Book** | 2026 Reforecast |
| **Cash Book** | Cash |
| **Budget Dates** | 01/2026 - 12/2026 |
| **Forecast Month** | 04/2026 |
| **Tree** | ysi_bf |

| | Actual 01/2026 | Actual 02/2026 | Actual 03/2026 | Actual 04/2026 | Forecast 05/2026 | Forecast 06/2026 | Forecast 07/2026 | Forecast 08/2026 | Forecast 09/2026 | Forecast 10/2026 | Forecast 11/2026 | Forecast 12/2026 | Total | Original Budget | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL CLEANING | - | - | - | 13,420.00 | 9,583.00 | 9,583.00 | 9,583.00 | 9,583.00 | 9,583.00 | 9,583.00 | 9,583.00 | 9,583.00 | 90,084.00 | 95,397.00 | 5,313.00 |
| REPAIRS AND MAINTENANCE | | | | | | | | | | | | | | | |
| Maintenance Salaries | 3,542.92 | - | 4,908.26 | 16,091.71 | 37,645.00 | 42,195.00 | 42,195.00 | 42,195.00 | 42,195.00 | 42,195.00 | 42,195.00 | 42,195.00 | 357,552.89 | 364,211.18 | 6,658.29 |
| Maintenance Benefits | - | - | - | - | 3,310.00 | 4,220.00 | 4,220.00 | 4,220.00 | 4,220.00 | 4,220.00 | 4,220.00 | 4,220.00 | 32,850.00 | 34,671.00 | 1,821.00 |
| Maintenance Taxes and Fees | 592.95 | - | 990.58 | 3,231.09 | 6,529.00 | 7,439.00 | 7,439.00 | 7,439.00 | 7,439.00 | 7,439.00 | 7,439.00 | 7,439.00 | 63,416.62 | 64,735.53 | 1,318.91 |
| Uniforms | - | - | - | - | - | 1,500.00 | - | - | - | - | - | - | 1,500.00 | 3,000.00 | 1,500.00 |
| Locks and Keys | - | - | - | 916.67 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 12,916.67 | 13,575.00 | 658.33 |
| Landscaping Contract | - | - | 42,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 231,000.00 | 231,000.00 | - |
| R M HVAC | - | - | - | 5,900.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 18,000.00 | 149,900.00 | 162,000.00 | 12,100.00 |
| R M Exterior | - | - | - | - | 141,500.00 | 277,500.00 | 40,000.00 | 51,500.00 | - | 17,500.00 | - | 17,500.00 | 545,500.00 | 563,000.00 | 17,500.00 |
| R M Interior  Common Area | - | - | - | 3,760.00 | - | 506,346.00 | 24,776.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 536,882.00 | 692,521.00 | 155,639.00 |
| R M Roof | - | - | - | 8,400.00 | - | 12,500.00 | - | 12,500.00 | - | 12,500.00 | - | 12,500.00 | 58,400.00 | 62,500.00 | 4,100.00 |
| R M Electrical | - | - | 163.80 | 5,560.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 77,723.80 | 81,163.80 | 3,440.00 |
| R M Structural | - | - | - | - | - | 15,300.00 | 15,300.00 | 15,300.00 | 15,300.00 | 15,300.00 | 15,300.00 | 15,300.00 | 107,100.00 | 236,200.00 | 129,100.00 |
| R M Plumbing | - | - | - | 58,227.46 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 154,227.46 | 141,648.00 | (12,579.46) |
| R M Unit Turns | - | - | - | 67,129.32 | 70,584.00 | 70,584.00 | 70,584.00 | 70,584.00 | 70,584.00 | 70,584.00 | 70,584.00 | 70,584.00 | 631,801.32 | 655,856.00 | 24,054.68 |
| R M Doors and Windows | - | - | - | - | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 24,000.00 | 27,000.00 | 3,000.00 |
| R M Fire System | - | - | 500.00 | - | 3,750.00 | 650.00 | 3,750.00 | 650.00 | 3,750.00 | 650.00 | 3,750.00 | 650.00 | 18,100.00 | 18,750.00 | 650.00 |
| Fire  Life Safety | - | - | - | - | 1,300.00 | - | 1,300.00 | - | 1,300.00 | - | 1,300.00 | - | 5,200.00 | 6,500.00 | 1,300.00 |
| Pest Control | - | - | - | - | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 20,800.00 | 23,400.00 | 2,600.00 |
| Supplies | - | - | 348.94 | 2,738.36 | - | - | - | - | - | - | - | - | 3,087.30 | 2,052.94 | (1,034.36) |
| TOTAL REPAIRS AND MAINTENANCE | 4,135.87 | - | 48,911.58 | 192,954.61 | 330,418.00 | 1,006,634.00 | 275,364.00 | 273,188.00 | 210,988.00 | 239,188.00 | 210,988.00 | 239,188.00 | 3,031,958.06 | 3,383,784.45 | 351,826.39 |
| SECURITY | | | | | | | | | | | | | | | |
| Security | - | - | - | 4,660.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 84,660.00 | 90,000.00 | 5,340.00 |
| TOTAL SECURITY | - | - | - | 4,660.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 84,660.00 | 90,000.00 | 5,340.00 |
| INSURANCE | | | | | | | | | | | | | | | |
| Insurance | 83,701.10 | 83,696.10 | 94,012.78 | 87,305.72 | 144,535.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 987,107.70 | 987,107.98 | 0.28 |
| TOTAL INSURANCE | 83,701.10 | 83,696.10 | 94,012.78 | 87,305.72 | 144,535.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 70,551.00 | 987,107.70 | 987,107.98 | 0.28 |
| REAL ESTATE AND OTHER TAXES | | | | | | | | | | | | | | | |
| Real Property Taxes | - | - | - | - | - | - | - | - | - | 1,829,543.62 | - | - | 1,829,543.62 | 1,829,543.62 | - |
| Other Taxes | - | - | - | 37,604.94 | - | - | - | - | - | - | - | - | 37,604.94 | - | (37,604.94) |
| TOTAL REAL ESTATE AND OTHER TAXES | - | - | - | 37,604.94 | - | - | - | - | - | 1,829,543.62 | - | - | 1,867,148.56 | 1,829,543.62 | (37,604.94) |
| MANAGEMENT FEES | | | | | | | | | | | | | | | |
| Management Fee | - | 14,435.85 | 15,939.70 | 15,607.04 | 10,756.00 | 10,086.00 | 9,691.00 | 10,089.00 | 10,208.00 | 10,316.00 | 10,386.00 | 10,708.00 | 128,222.59 | 124,365.55 | (3,857.04) |
| TOTAL MANAGEMENT FEES | - | 14,435.85 | 15,939.70 | 15,607.04 | 10,756.00 | 10,086.00 | 9,691.00 | 10,089.00 | 10,208.00 | 10,316.00 | 10,386.00 | 10,708.00 | 128,222.59 | 124,365.55 | (3,857.04) |
| NR LEASING AND MARKETING | | | | | | | | | | | | | | | |
| Advertising | - | - | - | - | - | - | - | - | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 6,000.00 | 6,000.00 | - |
| TOTAL NR LEASING AND MARKETING | - | - | - | - | - | - | - | - | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 6,000.00 | 6,000.00 | - |
| TOTAL NON RECOVERABLE OPERATING EXPENSES | 91,910.76 | 293,252.79 | 564,643.68 | 775,756.25 | 863,440.00 | 1,419,750.00 | 696,634.00 | 692,906.00 | 632,025.00 | 2,492,126.62 | 632,503.00 | 660,725.00 | 9,815,673.10 | 10,033,345.85 | 217,672.75 |
| TOTAL EXPENSES | 91,910.76 | 293,252.79 | 564,643.68 | 775,756.25 | 863,440.00 | 1,419,750.00 | 696,634.00 | 692,906.00 | 632,025.00 | 2,492,126.62 | 632,503.00 | 660,725.00 | 9,815,673.10 | 10,033,345.85 | 217,672.75 |
| NET OPERATING INCOME | 485,523.26 | 344,235.11 | 64,433.46 | (219,049.67) | (433,169.00) | (1,016,295.00) | (308,990.00) | (289,353.00) | (223,729.00) | (2,079,484.62) | (217,062.00) | (232,371.00) | (4,125,311.46) | (4,429,726.79) | 304,415.33 |
| NON OPERATING EXPENSES | | | | | | | | | | | | | | | |
| Receivership Fees | - | 143.75 | 5,774.34 | 6,375.88 | 4,303.00 | 4,034.00 | 3,876.00 | 4,036.00 | 4,083.00 | 4,126.00 | 4,155.00 | 4,284.00 | 45,190.97 | 43,515.09 | (1,675.88) |
| Legal Fees | - | - | 18,018.09 | - | 14,797.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 33,000.00 | 263,815.09 | 270,058.09 | 6,243.00 |
| Professional Fees | - | - | - | 2,696.00 | - | - | - | - | - | - | - | - | 2,696.00 | - | (2,696.00) |
| Misc Administrative | - | 458.76 | 1,702.34 | 1,161.48 | 970.00 | 970.00 | 970.00 | 970.00 | 970.00 | 970.00 | 970.00 | 970.00 | 11,082.58 | 10,891.10 | (191.48) |
| TOTAL NON OPERATING EXPENSES | - | 602.51 | 25,494.77 | 10,233.36 | 20,070.00 | 38,004.00 | 37,846.00 | 38,006.00 | 38,053.00 | 38,096.00 | 38,125.00 | 38,254.00 | 322,784.64 | 324,464.28 | 1,679.64 |
| REALIZED GAIN LOSS | | | | | | | | | | | | | | | |
| Tax Basis Expenses | - | - | - | 98,500.00 | - | - | - | - | - | - | - | - | 98,500.00 | - | (98,500.00) |
| Prior Year Expense / (Income) | - | - | (63,483.18) | (9,092.92) | - | - | - | - | - | - | - | - | (72,576.10) | (63,483.18) | 9,092.92 |
| TOTAL REALIZED GAIN LOSS | - | - | (63,483.18) | 89,407.08 | - | - | - | - | - | - | - | - | 25,923.90 | (63,483.18) | (89,407.08) |
| NET INCOME | 485,523.26 | 343,632.60 | 102,421.87 | (318,690.11) | (453,239.00) | (1,054,299.00) | (346,836.00) | (327,359.00) | (261,782.00) | (2,117,580.62) | (255,187.00) | (270,625.00) | (4,474,020.00) | (4,690,707.89) | 216,687.89 |
| ADJUSTMENTS | | | | | | | | | | | | | | | |
| ASSETS | | | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | | | |
| Accounts Receivable | - | - | (2,724.50) | 2,724.50 | - | - | - | - | - | - | - | - | - | (2,724.50) | 2,724.50 |
| TOTAL ACCOUNTS RECEIVABLE | - | - | (2,724.50) | 2,724.50 | - | - | - | - | - | - | - | - | - | (2,724.50) | 2,724.50 |
| PROPERTY | | | | | | | | | | | | | | | |

AA **Cash Flow Reforecast**

| | |
|---|---|
| **Property** | .nfalabm - Alabama Contour Properties - Portfolio |
| **Reforecast Book** | 2026 Reforecast |
| **Cash Book** | Cash |
| **Budget Dates** | 01/2026 - 12/2026 |
| **Forecast Month** | 04/2026 |
| **Tree** | ysi_bf |

| | Actual 01/2026 | Actual 02/2026 | Actual 03/2026 | Actual 04/2026 | Forecast 05/2026 | Forecast 06/2026 | Forecast 07/2026 | Forecast 08/2026 | Forecast 09/2026 | Forecast 10/2026 | Forecast 11/2026 | Forecast 12/2026 | Total | Original Budget | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building Improvements | - | - | - | - | - | (450,000.00) | - | - | - | (450,000.00) | - | - | (900,000.00) | (900,000.00) | - |
| TOTAL PROPERTY | - | - | - | - | - | (450,000.00) | - | - | - | (450,000.00) | - | - | (900,000.00) | (900,000.00) | - |
| OTHER ASSETS | | | | | | | | | | | | | | | |
| Other Deposits | - | - | (63,483.18) | - | - | - | - | - | - | - | - | - | (63,483.18) | (63,483.18) | - |
| TOTAL OTHER ASSETS | - | - | (63,483.18) | - | - | - | - | - | - | - | - | - | (63,483.18) | (63,483.18) | - |
| TOTAL ASSETS | - | - | (66,207.68) | 2,724.50 | - | (450,000.00) | - | - | - | (450,000.00) | - | - | (966,207.68) | (966,207.68) | 2,724.50 |
| TOTAL ADJUSTMENTS | - | - | (66,207.68) | 2,724.50 | - | (450,000.00) | - | - | - | (450,000.00) | - | - | (963,483.18) | (966,207.68) | 2,724.50 |
| Owner Contribution | | | | | | 2,000,000.00 | - | 500,000.00 | | 2,500,000.00 | 250,000.00 | 200,000.00 | 5,450,000.00 | - | (5,450,000.00) |
| CASH FLOW | 485,523.26 | 343,632.60 | 36,214.19 | (315,965.61) | (453,239.00) | 495,701.00 | (346,836.00) | 172,641.00 | (261,782.00) | (67,580.62) | (5,187.00) | (70,625.00) | 12,496.82 | (5,656,915.57) | 5,669,412.39 |
| **Beginning Cash** | 62,391.19 | 547,914.45 | 891,547.05 | 927,761.24 | 611,795.63 | 158,556.63 | 654,257.63 | 307,421.63 | 480,062.63 | 218,280.63 | 150,700.01 | 145,513.01 | | | |
| **Ending Cash** | | | | | | | | | | | | | | | |
| Operating Cash 1 | 547,914.45 | 891,547.05 | 927,761.24 | 611,795.63 | | | | | | | | | | | |
| **Ending Cash** | 547,914.45 | 891,547.05 | 927,761.24 | 611,795.63 | 158,556.63 | 654,257.63 | 307,421.63 | 480,062.63 | 218,280.63 | 150,700.01 | 145,513.01 | 74,888.01 | | | |
| **Change in Cash** | 485,523.26 | 343,632.60 | 36,214.19 | (315,965.61) | (453,239.00) | 495,701.00 | (346,836.00) | 172,641.00 | (261,782.00) | (67,580.62) | (5,187.00) | (70,625.00) | - | | |

# Aged Receivable

DB Caption: LIVE Database   Property: .nfalabm   Status: Current, Past, Future   Age As Of: 04/30/2026   Post To: 04/2026   Summary
By: Property

| Property | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre- Payments | Total Owed |
|---|---|---|---|---|---|---|---|
| nf114asp - The Park at Buckingham - Farbman Group I Inc as Receiver of Alabama Contour Properties | 901,101.42 | 150,908.98 | 117,283.25 | 102,781.75 | 530,127.44 | -31,614.50 | 869,486.92 |
| nf200rjd - The Park at Carlyle - Farbman Group I Inc as Receiver of Alabama Contour Properties | 1,958,575.08 | 224,629.00 | 219,891.50 | 199,172.30 | 1,314,882.28 | -16,394.50 | 1,942,180.58 |
| nf700asp - The Park at Callington - Farbman Group I Inc as Receiver of Alabama Contour Properties | 1,391,142.86 | 192,583.97 | 171,084.32 | 159,790.45 | 867,684.12 | -35,714.16 | 1,355,428.70 |
| **Grand Total** | **4,250,819.36** | **568,121.95** | **508,259.07** | **461,744.50** | **2,712,693.84** | **-83,723.16** | **4,167,096.20** |

UserId : caley@farbman.com Date : 5/16/2026 Time : 8:25 PM