FILED
2026 Jul-30 PM 06:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.**,<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CONTOUR BUCKINGHAM AL LLC, CONTOUR CALLINGTON AL, LLC and CONTOUR CARLYLE AL LLC,**<br><br>**Defendant.** | ) | **CIVIL ACTION NO: 2:25-cv-02136-GMB** |

**RECEIVER'S NOTICE AND STATUS REPORT REGARDING RECENT EVENTS AT THE BUCKINGHAM FACILITY**

Farbman Group, in its capacity as the court-appointed receiver (the "***Receiver***"), hereby provides the Court notice of recent developments concerning the Buckingham Facility and the actions the Receiver has taken in response. At this time, the Receiver is not seeking any substantive relief or assistance from the Court.

As previously reported in the *Receiver's Monthly Operating Report Dated as of June 22, 2026*, on June 3, 2026, the Receiver received notice from the City of Homewood that five (5) buildings at the Buckingham Facility would be brought before the Housing Code Abatement Board due to safety concerns. As previously reported in the *Receiver's Monthly Operating Report Dated as of July 20, 2026*, on July 14, 2026, the Receiver, its counsel, and Plaintiff's counsel met in-person with

representatives from the City of Homewood to discuss the status of the receivership and the Receiver's oversight of the Buckingham Facility.

Following that meeting, the City of Homewood took a series of actions with respect to the Buckingham Facility. On or about July 16, 2026, the fire marshal posted a notice at the Buckingham Facility declaring certain units unsafe. On or about July 29, 2026, the City of Homewood Department of Building, Engineering & Zoning Code Enforcement Division posted an Order to Vacate on buildings 11, 15, 20, 22, 24, 26, 28, 30, 32, 34, 36, 37, 38, 39, 40, 42, 44, 46, 48, 50, 53, 55, 57, 59, 88, 101, 103, 105, 107, 110, 112, 116, 118, 120, 122, 126, 135, 151, 153, 155, 157 159, 160, and 162 (collectively, the "***Condemned Buildings***") at the Buckingham Facility directing all occupants of those buildings to vacate. Further, on July 30, 2026, the Receiver received a Notice of Condemnation and Correction Order (the "***Condemnation Order***") condemning the Condemned Buildings and ordering the immediate vacation and securing of the Condemned Buildings.

In response to these developments, the Receiver has taken or will take the following actions:

1. Initiate an appeal of the Condemnation Order with the City to, among other things, preserve the opportunity for parties in interest to assert their rights;

2. Provided notice of the Condemnation Order to the Plaintiff Wells Fargo Bank, N.A.;

3. Provided notice of the Condemnation Order to the owners of the Buckingham Facility;

4. Scheduled a meeting with counsel for the City of Homewood for August 6, 2026; and

5. Waived lease termination fees and August rent for impacted tenants who elect to voluntarily vacate.

The Receiver will provide the Court with further updates as related matters progress.

July 30, 2026.

Respectfully submitted,

**EPSTEIN BECKER & GREEN, P.C.**

BY:*/s/ Ryan K. Cochran*
**Ryan K. Cochran**
**Bar Number: ASB-1748-N70C**
Epstein Becker & Green, P.C.
1222 Demonbreun Street, Suite 1400
Nashville, TN 37203
Telephone: 615.564.6060
rcochran@ebglaw.com

*ATTORNEY FOR COURT APPOINTED RECEIVER, FARBMAN GROUP*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have delivered a true and copy of the document, either via U.S. mail postage prepaid or via electronic mail, as follows:

Via CM/ECF:

Chris Glenos
Macy Walters
Bradley Arant Boult Commings
One Federal Place
1819 Fifth Avenue
North Birmingham, AL 35203-2104

Frank C. Galloway III
David Schoel
The Woodcrest Group, LLC
2200 Woodcrest Place, Suite 315
Birmingham, AL 35209

Via Electronic Mail:

C. David Bargamian
Kerr, Russell and Weber, PLC
500 Woodward and Weber, PLC
Detroit, MI 48266
dbargamian@kerr-russell.com

*/s/ Ryan K. Cochran*
Ryan K. Cochran